1  YITAI HU (SBN 248085) (yhu@akingump.com)
   SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
2  MING-TAO YANG (SBN 221295) (myang@akingump.com)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  Two Palo Alto Square
   3000 El Camino Real, Suite 400
4  Palo Alto, CA  94306-2112
   Telephone:      (650) 838-2000
5  Facsimile:      (650) 838-2001

6  Attorneys for Defendant
   ANPEC ELECTRONICS CORPORATION
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., | CASE NO. 07-CV-04424-MEJ |
| Plaintiff, | **NOTICE OF APPEARANCE OF MING-TAO YANG** |
| v. | |
| ANPEC ELECTRONICS CORP., | |
| Defendant. | |

NOTICE OF APPEARANCE OF MING-TAO YANG                                                    C-07-04424 MEJ

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Notice is hereby given that the undersigned attorney, Ming-Tao Yang, a member of the Bar of
3  this Court, enters his appearance in the above-captioned action on behalf of Defendant Anpec
4  Electronics Corporation, and requests that he be added to the relevant service lists and receive, along
5  with existing counsel of record, all other pertinent information.

> Ming-Tao Yang (SBN 221295) (myang@akingump.com)
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 2 Palo Alto Square
> 3000 El Camino Real, Suite 400
> Palo Alto, CA 94306
> Tel: 650.838.2000
> Fax: 650.838.2001

Dated: November 6, 2007          AKIN GUMP STRAUSS HAUER & FELD LLP

By _____/s_____
        Ming-Tao Yang

Attorneys for Defendant
ANPEC ELECTRONICS CORPORATION