YITAI HU (SBN 248085) (yhu@akingump.com)
SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
MING-TAO YANG (SBN 221295) (myang@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA  94306-2112
Telephone:      (650) 838-2000
Facsimile:       (650) 838-2001

Attorneys for Defendant
ANPEC ELECTRONICS CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANPEC ELECTRONICS CORP.,<br><br>Defendant. | CASE NO. 07-CV-04424-MEJ<br><br>**NOTICE OF APPEARANCE OF YITAI HU** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that the undersigned attorney, Yitai Hu, a member of the Bar of this Court, enters his appearance in the above-captioned action on behalf of Defendant Anpec Electronics Corporation, and requests that he be added to the relevant service lists and receive, along with existing counsel of record, all other pertinent information.

> Yitai Hu (SBN 248085) (yhu@akingump.com)
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 2 Palo Alto Square
> 3000 El Camino Real, Suite 400
> Palo Alto, CA 94306
> Tel: 650.838.2000
> Fax: 650.838.2001

Dated:  November 6, 2007          By_____/s_____
                                                                Yitai Hu

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Yitai Hu.

Dated:  November 6, 2007          AKIN GUMP STRAUSS HAUER & FELD LLP

                                                  By_____/s_____
                                                                Ming-Tao Yang (SBN 221295)

                                                  Attorneys for Defendant
                                                  ANPEC ELECTRONICS CORPORATION