1 | YITAI HU (SBN 248085) (yhu@akingump.com)
2 | SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
  | MING-TAO YANG (SBN 221295) (myang@akingump.com)
3 | **AKIN GUMP STRAUSS HAUER & FELD LLP**
  | Two Palo Alto Square
4 | 3000 El Camino Real, Suite 400
  | Palo Alto, CA  94306-2112
5 | Telephone:      (650) 838-2000
  | Facsimile:       (650) 838-2001

6 | Attorneys for Defendant
7 | ANPEC ELECTRONICS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., | CASE NO. 07-CV-04424-MEJ |
| Plaintiff, | **NOTICE OF APPEARANCE OF SEAN P. DEBRUINE** |
| v. | |
| ANPEC ELECTRONICS CORP., | |
| Defendant. | |

NOTICE OF APPEARANCE OF SEAN P. DEBRUINE                                                  C-07-04424 MEJ

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that the undersigned attorney, Sean P. DeBruine, a member of the Bar of this Court, enters his appearance in the above-captioned action on behalf of Defendant Anpec Electronics Corporation, and requests that he be added to the relevant service lists and receive, along with existing counsel of record, all other pertinent information.

>
> Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 2 Palo Alto Square
> 3000 El Camino Real, Suite 400
> Palo Alto, CA 94306
> Tel: 650.838.2000
> Fax: 650.838.2001

Dated: November 6, 2007           AKIN GUMP STRAUSS HAUER & FELD LLP

By _____/s/_____
             Sean P. DeBruine

Attorneys for Defendant
ANPEC ELECTRONICS CORPORATION