# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



MAXIM INTEGRATED PRODUCTS, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

ANPEC ELECTRONICS CORP.

C07 04424 MEJ

TO: (Name and address of defendant)
Anpec Electronics Corp.
No. 6 Dusing 1st Road
SBIP Hsin-Chu
Taiwan R.O.C.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James R. Hannah
Bar No. 237978
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA  94025
(650) 838-4300

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 8-27-07

(BY) DEPUTY CLERK SANDY MORRIS

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me[1] | DATE: 10/30/07 |
| Name of SERVER: Clinton Lau | TITLE: Process Server |

Check one box below to indicate appropriate method of service

[✓] Served Personally upon the Defendant. Place where served: Anpec Electronics Corp., No. 6 Dusing 1st Road, SBIP, Hsin-Chu, Taiwan

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/30/07
           Date                    Signature of Server

Address of Server: ZONE A, 17th FLOOR, NO. 105, Sec. 2, DUN HUA ROAD, TAIPEI, TAIWAN 106.

---

Case No. 602556    日期: OCT 31 2007
本文件之簽名或蓋章，在台灣台北地方法院所屬民間公證人事務所認證。    公證人 王薇鑫
Attested at the Wang, Wei-Hsin Notary Public Office of Taiwan Taipei District Court, R.O.C., that the signature(s)/seal(s) in this document is/are authentic.
Notary Public
Wang, Wei-Hsin
A2/F, 58 Fuhshing N. Rd., Taipei, Taiwan, R.O.C.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.