Case 3:07-cv-04424-PJH    Document 8    Filed 11/14/2007    Page 1 of 3

| | |
|---|---|
| 1 | Chad S. Campbell, Arizona Bar No. 012080 |
|   | CSCampbell@perkinscoie.com |
| 2 | PERKINS COIE BROWN & BAIN P.A. |
|   | 2901 N. Central Avenue, Suite 2000 |
| 3 | Phoenix, AZ 85012-2788 |
|   | Telephone: 602.351.8000 |
| 4 | Facsimile: 602.648.7000 |
| 5 | James R. Hannah, Bar No. 237978 |
|   | JHannah@perkinscoie.com |
| 6 | PERKINS COIE LLP |
|   | 101 Jefferson Drive |
| 7 | Menlo Park, CA 94025-1114 |
|   | Telephone: 650.838.4300 |
| 8 | Facsimile: 650.838.4350 |
| 9 | Attorneys for Plaintiff |
|   | Maxim Integrated Products, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., | Case No. C 07-04424 MEJ |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| ANPEC ELECTRONICS CORP., | |
| Defendant. | |

TAIWAN              )
                    ) ss.
City of Taipei      )

Mr. CLINTON LAU declares:

1. My name is Clinton Lau. I am not a party to the above captioned action, I am over 18 years of age, and my business address is Zone A, 17th Floor, No. 105, Sec. 2, Dun Hua South Road, Taipei, Taiwan 106.

-1-                                                              PROOF OF SERVICE

1     2. On October 30, 2007, at __3:35__ P.M., I served the following documents on defendant Anpec Electronics Corp.:

- The Summons in the above captioned action, together with a Chinese translation thereof;
- A copy of the Complaint in the above captioned action, together with a Chinese translation thereof;
- A copy of the Court's Order Setting Initial Case Management Conference and ADR Deadlines, together with a Chinese translation thereof;
- A copy of the Court's Order Setting Case Management Conference, together with a Chinese translation thereof;
- A copy of the Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement, together with a Chinese translation thereof;
- A copy of the Consent to Assignment or Request for Reassignment, together with a Chinese translation thereof; and
- A copy of the Handbook entitled "Dispute Resolution Procedures in the Northern District of California," together with a Chinese translation thereof.

3. I served the foregoing documents on ANPEC Electronics Corp. by hand delivering those documents to __Brian Lee__, __Project Manager__, whose business address is Anpec Electronics Corp., No. 6 Dusing 1st Road, SBIP, Hsin-Chu, Taiwan.

4. Attached hereto as "Exhibit A" is a receipt signed by __Brian Lee__ _____ acknowledging that he/she received the foregoing documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of October, 2007, at Taipei, Taiwan.

_____
CLINTON LAU

Subscribed and sworn before me
this _____ day of October, 2007

**OCT 31 2007**
_____

_____
Notary Public
Wang, Wei-Hsin
Notary Public
The Wang Wei-Hsin Notary Public Office
of Taiwan Taipei District Court, R.O.C.
A2/F,58 Fuhshing N. Rd., Taipei, Taiwan, R.O.C.

6 0 2 5 5 5