# Exhibit A

# RECEIPT

I hereby acknowledge that on this date I received by hand delivery the following documents relating to *Maxim Integrated Products v. Anpec Electronics Corp.*, Case No. C 07-04424 MEJ, United States District Court for the Northern District of California:

- The Summons in the above described action, together with a Chinese translation thereof;
- A copy of the Complaint in the above described action, together with a Chinese translation thereof;
- A copy of the Court's Order Setting Initial Case Management Conference and ADR Deadlines, together with a Chinese translation thereof;
- A copy of the Court's Order Setting Case Management Conference, together with a Chinese translation thereof;
- A copy of the Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement, together with a Chinese translation thereof;
- A copy of the Consent to Assignment or Request for Reassignment, together with a Chinese translation thereof; and
- A copy of the Handbook entitled "Dispute Resolution Procedures in the Northern District of California," together with a Chinese translation thereof.

_李明如_ (signature)

Name: Brian Lee

Date: 10/30/07 15:35

Title: Project Manager