YITAI HU (SBN 248085) (yhu@akingump.com)
SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
MING-TAO YANG (SBN 221295) (myang@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA  94306-2112
Telephone:      (650) 838-2000
Facsimile:       (650) 838-2001

Attorneys for Defendant
ANPEC ELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANPEC ELECTRONICS CORP., <br><br> Defendant. | CASE NO. 07-CV-04424-MEJ <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant Anpec Electronics Corporation, by its undersigned counsel, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Court Judge.

Dated:  November 14, 2007          Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By  /s
        Sean P. DeBruine

Attorneys for Defendant
ANPEC ELECTRONICS CORPORATION

DECLINATION TO PROCEED BEFORE                         1                            C-07-04424 MEJ
A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A U.S. DISTRICT JUDGE