1  Chad S. Campbell, Arizona Bar No. 012080
   PERKINS COIE BROWN & BAIN P.A.
2  2901 North Central Avenue, Suite 2000
   Phoenix, AZ  85012-2788
3  Telephone: 602.351.8000
   Facsimile: 602.648.7000
4  CSCampbell@perkinscoie.com

5  James R. Hannah, California Bar No. 237978
   PERKINS COIE LLP
6  101 Jefferson Drive
   Menlo Park, CA  94025-1114
7  Telephone: 650.838.4300
   Facsimile: 650.838.4350
8  JHannah@perkinscoie.com

9  Attorneys for Plaintiff
   MAXIM INTEGRATED PRODUCTS, INC.
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | MAXIM INTEGRATED PRODUCTS, INC., | Case No. 07-CV-04424-PJH |
|---|---|---|
| 15 |  | **DEMAND OF MAXIM INTEGRATED PRODUCTS, INC. FOR JURY TRIAL** |
| 16 | Plaintiff, |  |
| 17 | v. |  |
| 18 | ANPEC ELECTRONICS CORP., |  |
| 19 | Defendant. |  |

20

21       Pursuant to Fed. R. Civ. P. 38(b) and Civil L.R. 3-6, Plaintiff Maxim Integrated Products,

22  Inc. hereby demands a trial by jury of all issues in this matter that are triable to a jury.

23  …

24  …

25  …

26  …

27  …

28

DEMAND OF MAXIM INTEGRATED
PRODUCTS, INC. FOR JURY TRIAL           -1-                     NO. 07-CV-04424-PJH

1  DATED: November 19, 2007               **PERKINS COIE BROWN & BAIN P.A.**

2

3                                          By: /s/ Chad S. Campbell
                                               Chad S. Campbell
                                               Suite 2000
4                                              2901 North Central Avenue
                                               Phoenix, AZ  85012-2788
5
                                               James R. Hannah
6                                              PERKINS COIE LLP
                                               101 Jefferson Drive
7                                              Menlo Park, CA  94025-1114

8                                          Attorneys for Plaintiff
                                           MAXIM INTEGRATED PRODUCTS, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, I electronically transmitted the foregoing document to the Clerk's Office using the ECF e-filing system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chad S. Campbell:     cscampbell@perkinscoie.com

James R. Hannah:     jhannah@perkinscoie.com

Attorneys for Plaintiff

—and—

Yitai Hu:     yhu@akingump.com

Sean P. DeBruine:     sdebruine@akingump.com

Ming-Tao Yang:     myang@akingump.com

Attorneys for Defendant


By /s/ Mary Wadsworth

13713221.1