# EXHIBIT 1

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

**Ming-Tao Yang**
650.838.2188/fax: 650.838.2001
myang@akingump.com

October 31, 2007

**_VIA EMAIL AND FIRST CLASS MAIL_**

Chad S. Campbell Esq.
Perkins Coie Brown & Bain P.A.
2901 North Central Avenue
Post Office Box 400
Phoenix, AZ 85001-0400

Re:   *Maxim Integrated Products, Inc. v. Anpec Electronics Corp.*, N.D. Cal. Case No. 3:07-cv-04424-MEJ

Dear Mr. Campbell,

We represent Anpec Electronics Corp., a company located in Hsinchu, Taiwan, in the suit identified above. We understand that Maxim delivered to Anpec a courtesy copy of the complaint and summons on October 30, 2007, but has not effected service on Anpec. We are not authorized to accept service on behalf of Anpec. However, to avoid unnecessary delay and expense in service, Anpec would be willing to consider your courtesy copy as a request for waiver and waive the service in exchange for having 90 days to answer the complaint under Fed. R. Civ. P. 4(d). Please feel free to contact me if you have any questions.

Sincerely,

*[signature]*

Ming-Tao Yang