# EXHIBIT 2



Chad S. Campbell
PHONE: (602) 351-8393
FAX:   (602) 648-7193
EMAIL: CSCampbell@perkinscoie.com

2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8000
FAX: 602.648.7000
www.perkinscoie.com

November 2, 2007

**VIA E-MAIL (myang@akingump.com)**
**AND U.S. MAIL**

Ming-Tao Yang
Akin Gump Strauss Hauer & Feld LLP
Two Palo Alto Square
Suite 400
3000 El Camino Real
Palo Alto, CA  94308-2002

>     Re:    ***Maxim Integrated Products, Inc. v. Anpec Electronics Corp.***
>            **N.D. Cal. Case No. 3:07-cv-04424-MEJ**

Dear Mr. Yang:

Thank you for communicating Anpec's offer to waive service of process under Fed. R. Civ. P. 4 as indicated in your letter of October 31, 2007.  Enclosed for your review are a draft stipulation and a written waiver to implement the terms suggested in your letter.  Please let us know whether the drafts are acceptable.

Although Maxim is willing to enter into the enclosed stipulation, Maxim disagrees with Anpec's assessment regarding service of the summons and complaint on Anpec. Maxim provided Anpec with a courtesy copy of the complaint in early September 2007. The original summons and copy of the complaint delivered on October 30, 2007 were served by Maxim's Taiwan counsel in compliance with Taiwan law, and as permitted under Fed. R. Civ. P. 4(f)((2)(A) and (h)(2).  As a result, Maxim's assent to the enclosed stipulation does not constitute and should not be interpreted by Anpec to indicate agreement with Anpec's position that service has not yet been effected.

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK
OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates (Perkins Coie Brown & Bain P.A. in Arizona)

Ming-Tao Yang
November 2, 2007
Page 2


Finally, under the Order Setting Initial Case Management Conference, the parties have been directed to meet and confer regarding initial disclosures and other preliminary matters by November 15, 2007.  We propose a telephone conference for that purpose on Tuesday, November 6, 2007 at 10:00 am PST.  Please let us know whether that date and time are acceptable.

We look forward to hearing from you.

Sincerely,

Chad S. Campbell

CAM:mw

Enclosures

13701812.1

DRAFT

1    Chad S. Campbell, Arizona Bar No. 012080
     PERKINS COIE BROWN & BAIN P.A.
2    2901 North Central Avenue, Suite 2000
     Phoenix, AZ  85012-2788
3    Telephone:  602.351.8000
     Facsimile:  602.648.7000
4    CSCampbell@perkinscoie.com

5    James R. Hannah, Bar No. 237978
     PERKINS COIE LLP
6    101 Jefferson Drive
     Menlo Park, CA  94025-1114
7    Telephone:  650.838.4300
     Facsimile:  650.838.4350
8    JHannah@perkinscoie.com

9    Attorneys for Plaintiff
     Maxim Integrated Products, Inc.
10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13   MAXIM INTEGRATED PRODUCTS,          Case No. 3:07-cv-04424-MEJ
     INC.,
14                                        STIPULATION AND [PROPOSED] ORDER
                     Plaintiff,
15
            v.
16
     ANPEC ELECTRONICS CORP.,
17
                     Defendant.
18

19          The parties stipulate through undersigned counsel as follows:

20          1.      Plaintiff Maxim Integrated Products, Inc. ("Maxim") has delivered to Defendant

21   Anpec Electronics Corp. ("Anpec"), in Taiwan, an original summons and a copy of the complaint

22   in this matter.   Maxim and Anpec dispute whether or not the delivery of the summons and

23   complaint effected service of process as required under the Federal Rules of Civil Procedure.

24          2.      Anpec has agreed to waive service of process pursuant to Fed. R. Civ. P. 4(d).

25   Anpec's written waiver of service of process is attached to this stipulation as Exhibit A.

26          3.      Anpec shall have until January 28, 2008, within which to file and serve its answer

27   to the complaint.

28

DRAFT

1

2     DATED: _____, 2007          **PERKINS COIE BROWN & BAIN P.A.**

3
                                             By: _____
4                                                  Chad S. Campbell
                                                   Suite 2000
5                                                  2901 North Central Avenue
                                                   Phoenix, AZ  85012-2788
6
                                                   James R. Hannah, Bar No. 237978
7                                                  PERKINS COIE LLP
                                                   101 Jefferson Drive
8                                                  Menlo Park, CA  94025-1114

9                                            Attorneys for Plaintiff
                                             Maxim Integrated Products, Inc.
10

11    DATED: _____, 2007          **AKIN GUMP STRAUSS HAUER & FELD LLP**

12
                                             By: _____
13                                                 Ming-Tao Yang
                                                   Two Palo Alto Square
14                                                 Suite 400
                                                   3000 El Camino Real
15                                                 Palo Alto, CA  94308-2112

16                                           Attorneys for Defendant
                                             Anpec Electronics Corp.
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
NO. 3:07-cv-04424-MEJ                            -2-

DRAFT

1      [PROPOSED] ORDER

2          The Court having considered the parties' stipulation and finding good cause therefor,

3      IT IS ORDERED that:

4          The parties' stipulation is approved; Anpec has waived service of process; and Anpec

5  shall have until January 28, 2008 within which to file and serve its answer to the complaint.

6
   Date:_____          _____
7                                         Maria-Elena James
8                                         United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRAFT

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10   MAXIM INTEGRATED PRODUCTS,          Case No. 3:07-cv-04424-MEJ
     INC.,
11                                        WAIVER OF SERVICE OF PROCESS
                       Plaintiff,
12
          v.
13
     ANPEC ELECTRONICS CORP.,
14
                       Defendant.
15

16          Pursuant to Federal Rule of Civil Procedure 4(d), Anpec Electronics Corporation hereby

17   waives service of process of the summons and complaint in the above-captioned case.

18   Date: _____        ANPEC ELECTRONICS CORPORATION

19
                                           By: _____
20                                             Title: _____

21

22   Date: _____        AKIN GUMP STRAUSS HAUER & FELD LLP

23
                                           _____
24                                         Counsel for Anpec Electronics Corporation

25

26

27

28