# EXHIBIT 4

## Marie, Nina

| | |
|---|---|
| **From:** | Campbell, Chad (Perkins Coie Brown & Bain) [CSCampbell@perkinscoie.com] |
| **Sent:** | Friday, November 09, 2007 7:47 AM |
| **To:** | Yang, Ming-Tao |
| **Cc:** | DeBruine, Sean; Hu, Yitai |
| **Subject:** | RE: Maxim v. Anpec |

Ming-Tao,

In view of our recent communications, Maxim has become concerned about the potential for an agreed postponement of the answer deadline to be used as a reason to delay the meet and confer process under Rule 26(f) and the initial case management conference. We can address that concern by adding a paragraph to the stipulation as follows:

> "4. Notwithstanding the agreed deadline for Anpec's answer, the parties will proceed with the Rule 26(f) conference and the completion of the joint case management statement without delay. The agreed deadline for Anpec's answer shall not be used by the parties as a reason to delay the initial case management conference."

Please let me know whether that language is acceptable and we will update the stipulation accordingly.

Regards,

Chad

---

**From:** Yang, Ming-Tao [mailto:myang@akingump.com]
**Sent:** Thursday, November 08, 2007 8:41 PM
**To:** Campbell, Chad (Perkins Coie Brown & Bain)
**Cc:** DeBruine, Sean; Hu, Yitai
**Subject:** RE: Maxim v. Anpec

Dear Mr. Campbell,

You should have both the electronic and original of our signed stipulation and waiver of service of process by now. Please let us know when you expect to file the stipulation. Alternatively, if you would like to send us your signed stipulation, we will be happy to file it from our end.

We will provide a separate response to your letter today regarding the proposed joint case statement and the statement itself. Thank you.

Best Regards,
Ming

Ming-Tao Yang
Akin Gump Strauss Hauer & Feld, LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
650.838.2188 (Direct)

650.838.2000 (General)
650.838.2001 (Fax)
650.305.0656 (Cell)

_____
IRS Circular 230 Notice Requirement: This communication is not given in the fo


The information contained in this e-mail message is intended only for the pers

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

11/20/2007