UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANPEC ELECTRONICS CORP.,<br><br>　　　　　　　Defendant. | Case No. C 07-04424 PJH<br><br>**[PROPOSED] ORDER DENYING ANPEC'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO CIV. L.R. 6-3** |

　　　　Having considered Defendant Anpec Electronics Corp.'s Motion to Continue Case Management Conference Pursuant to Civ. L.R. 6-3 and Plaintiff Maxim Integrated Products, Inc.'s Opposition thereto, IT IS HEREBY ORDERED that the Motion is DENIED.

　　　　IT IS FURTHER ORDERED that the Case Management Conference shall proceed as previously ordered and shall take place on **December 6, 2007**, at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

　　　　IT IS SO ORDERED.

Dated: _____, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge