1  YITAI HU (SBN 248085) (yhu@akingump.com)
   SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
2  MING-TAO YANG (SBN 221295) (myang@akingump.com)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  Two Palo Alto Square
   3000 El Camino Real, Suite 400
4  Palo Alto, CA  94306-2112
   Telephone:      (650) 838-2000
5  Facsimile:       (650) 838-2001
   Attorneys for Defendant
6  ANPEC ELECTRONICS CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANPEC ELECTRONICS CORP., <br><br> Defendant. | CASE NO. 07-CV-04424-PJH <br><br> **[PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE** |

Defendant Anpec Electronics Corporation's Motion for Extension of Time to Answer of Otherwise Respond to Pleadings and Motion to Continue Case Management Conference, having come before the court, and good cause appearing therefor, are hereby GRANTED.

IT IS HEREBY ORDERED that the last day for Defendant to answer or otherwise respond to the complaint in this matter is January 28, 2008.  IT IS HEREBY FURTHER ORDERED that the date for the Initial Case Management Conference is VACATED.  That conference will be calendared ~~for an~~ on January 31, 2008 at 2:30 p.m. ~~available date after January 28, 2008.~~

Dated: ~~December~~ November 28, 2007

_____
UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Phyllis J. Hamilton

6168414

[PROPOSED] ORDER RE: EXTENSION OF TIME            1                              C-07-04424 PJH