Chad S. Campbell (AZ Bar No. 012080)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
CSCampbell@perkinscoie.com

James R. Hannah (SBN 237978)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114
Telephone:  650.838.4300
Facsimile:  650.838.4350
JHannah@perkinscoie.com

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANPEC ELECTRONICS CORP., <br><br> Defendant. | Case No. 07-CV-04424-PJH <br><br> **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they:

☐    have not yet reached an agreement to an ADR process

☑    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: _____January 31, 2008_____

NOTICE OF NEED FOR ADR PHONE CONFERENCE        -1-        NO. 07-CV-04424-PJH

1  The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Chad S. Campbell | Maxim Integrated Products, Inc. | 602-351-8393 | CSCampbell@perkinscoie.com |
| Sean DeBruine | Anpec Electronics Corp. | 650-838-2121 | sdebruine@akingump.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

NOTICE OF NEED FOR ADR PHONE CONFERENCE                -2-                NO. 07-CV-04424-PJH

| | |
|---|---|
| Dated: January 10, 2008 | **PERKINS COIE BROWN & BAIN P.A.**<br><br>By:/s/ Chad S. Campbell<br>    Chad S. Campbell<br>    Suite 2000<br>    2901 North Central Avenue<br>    Phoenix, AZ  85012-2788<br><br>    James R. Hannah<br>    PERKINS COIE LLP<br>    101 Jefferson Drive<br>    Menlo Park, CA  94025-1114<br><br>Attorneys for Plaintiff<br>MAXIM INTEGRATED PRODUCTS, INC. |
| Dated: January 10, 2008 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>By:/s/ Ming-Tao Yang<br>    Yitai Hu (SBN 248085)<br>    Sean DeBruine (SBN 168071)<br>    Ming-Tao Yang (SBN 221295)<br>    Two Palo Alto Square<br>    3000 El Camino Real, Suite 400<br>    Palo Alto, CA 94306-2112<br><br>Attorneys for Defendant<br>ANPEC ELECTRONICS CORP. |

**ATTACHMENT TO**

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

Pursuant to General Order 45, section X.B., I hereby attest that concurrence in the filing of this document has been obtained from Ming-Tao Yang, counsel for Anpec Electronics Corp.

Dated: January 10, 2008                By: /s/ Chad S. Campbell

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the ECF e-filing system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chad S. Campbell:   cscampbell@perkinscoie.com

James R. Hannah:   jhannah@perkinscoie.com

Attorneys for Plaintiff

—and—

Yitai Hu:   yhu@akingump.com

Sean P. DeBruine:   sdebruine@akingump.com

Ming-Tao Yang:   myang@akingump.com

Attorneys for Defendant

By /s/ Indy Fitzgerald

LEGAL13863377.1