RECEIVED JAN 22 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED JAN 25 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANPEC ELECTRONICS CORP.,<br><br>    Defendant. | Case No. C 07-04424 PJH<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Aaron Matz, an active member in good standing of the bar of the State of Arizona whose business address and telephone number is,

> PERKINS COIE BROWN & BAIN P.A.
> 2901 North Central Avenue, Suite 2000
> Phoenix, AZ 85012-2788
> Telephone: 602.351.8000
> Facsimile: 602.648.7000
> AMatz@perkinscoie.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Maxim Integrated Products, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF             -1-             CASE NO. 07-CV-04424 PJH
ATTORNEY *PRO HAC VICE*

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.

4  Dated: _____ **JAN 2 5**  2008.

6                                     PHYLLIS J. HAMILTON
                                   United States District Judge