Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
Ming-Tao Yang (SBN 221295) (myang@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Attorneys for Defendant and Counterclaimant
ANPEC ELECTRONICS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>ANPEC ELECTRONICS CORP.,<br><br>Defendant and Counterclaimant. | Case No. 07-CV-04424-PJH<br><br>**ANPEC ELECTRONICS CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1** |

Pursuant to Rule 7.1 of Federal Rules of Civil Procedure, Defendant and Counterclaimant Anpec Electronics Corporation ("Anpec") submits the following corporate disclosure statements:

Anpec is a corporation organized under the laws of Taiwan, R.O.C. Anpec has no parent corporation. There is no publicly held corporation in the United States that owns 10% or more of Anpec's stock.

Dated: January 30, 2008          Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/
   Sean P. DeBruine

Attorneys for Defendant and Counterclaimant
ANPEC ELECTRONICS CORPORATION

2