1   Chad S. Campbell (AZ Bar No. 012080)
    PERKINS COIE BROWN & BAIN P.A.
2   2901 North Central Avenue, Suite 2000
    Phoenix, AZ  85012-2788
3   Telephone:  602.351.8000
    Facsimile:  602.648.7000
4   CSCampbell@perkinscoie.com

5   James R. Hannah (SBN 237978)
    PERKINS COIE LLP
6   101 Jefferson Drive
    Menlo Park, CA  94025-1114
7   Telephone:  650.838.4300
    Facsimile:  650.838.4350
8   JHannah@perkinscoie.com

9   Attorneys for Plaintiff
    MAXIM INTEGRATED PRODUCTS, INC.
10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15  MAXIM INTEGRATED PRODUCTS,          Case No. 07-CV-04424-PJH
    INC.,
16                                       **NOTICE OF APPEARANCE OF
                     Plaintiff,          TIMOTHY J. FRANKS**
17
            v.
18
    ANPEC ELECTRONICS CORP.,
19
                     Defendant.
20

21

22

23

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        Notice is hereby given that the undersigned attorney, Timothy J. Franks, a member of the

3    bar of this Court, enters his appearance in this matter on behalf of Plaintiff Maxim Integrated

4    Products, Inc., and requests that he be added to the relevant service lists and receive, along with

5    existing counsel of record, all other pertinent information.

6                     Timothy J. Franks (Cal. Bar No. 197645)
                 PERKINS COIE BROWN & BAIN P.A.

7                     2901 North Central Avenue, Suite 2000
                 Phoenix, AZ  85012-2788

8                     Telephone:  602.351.8000
                 Facsimile:  602.648.7000

9                     TFranks@perkinscoie.com

10

11   DATED:  January 31, 2008            **PERKINS COIE BROWN & BAIN P.A.**

12                    By: /s/ Timothy J. Franks

13                      Timothy J. Franks
                   Perkins Coie Brown & Bain P.A.

14                      Suite 2000
                   2901 North Central Avenue

15                      Phoenix, AZ  85012-2788

16                    Attorneys for Plaintiff
                 MAXIM INTEGRATED PRODUCTS, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on January 31, 2008, I electronically transmitted the foregoing

3 document to the Clerk's Office using the ECF e-filing system for filing and transmittal of a

4 Notice of Electronic Filing to the following ECF registrants:

5     Chad S. Campbell:     cscampbell@perkinscoie.com

6     James R. Hannah:     jhannah@perkinscoie.com

7     Attorneys for Plaintiff

8          —and—

9     Yitai Hu:          yhu@akingump.com

10    Sean P. DeBruine:     sdebruine@akingump.com

11    Ming-Tao Yang:     myang@akingump.com

12    Attorneys for Defendant

13

14                              By /s/ Mary Wadsworth

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE                                        NO. 07-CV-04424-PJH