1  Yitai Hu (SBN 248085) (yhu@akingump.com)
2  Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
   Ming-Tao Yang (SBN 221295) (myang@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   Two Palo Alto Square
4  3000 El Camino Real, Suite 400
5  Palo Alto, CA 94306
   Telephone: (650) 838-2000
6  Facsimile: (650) 838-2001

7
   Attorneys for Defendant and Counterclaimant
8  ANPEC ELECTRONICS CORPORATION

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                       **SAN FRANCISCO DIVISION**

12

13  | MAXIM INTEGRATED PRODUCTS, INC., | Case No. 07-CV-04424-PJH |
    |---|---|
14  | Plaintiff and Counterdefendant, | **ANPEC ELECTRONICS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |
15  | v. | |
16  | ANPEC ELECTRONICS CORP., | |
17  | Defendant and Counterclaimant. | |

Pursuant to Civil L.R. 3-16 Anpec Corporation, by its undersigned counsel, hereby certifies it is currently not aware of any person or entity, other than the named parties, with an interest in the outcome of this matter.

Dated: January 31, 2008         Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/_____
        Sean P. DeBruine

Attorneys for Defendant and Counterclaimant
ANPEC ELECTRONICS CORPORATION