Chad S. Campbell (AZ Bar No. 012080)
Aaron Matz (AZ Bar No. 024108)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
CSCampbell@perkinscoie.com
TFranks@perkinscoie.com
AMatz@perkinscoie.com

James R. Hannah (SBN 237978)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114
Telephone:  650.838.4300
Facsimile:  650.838.4350
JHannah@perkinscoie.com

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANPEC ELECTRONICS CORP., <br><br> Defendant. | Case No. 07-CV-04424-PJH <br><br> **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Maxim Integrated Products, Inc. and Defendant Anpec Electronics Corp. hereby stipulate and jointly request that the Court continue the Initial Case Management Conference until February 28, 2008, or the next available date thereafter.

Under the Court's Order Extending Time to Answer or Otherwise Respond to the Complaint and Continuing the Case Management Conference (Doc. No. 22, filed 11/28/07), the Initial Case Management Conference was scheduled for today, January 31, 2008, at 2:30 p.m. Timothy J. Franks and Aaron Matz intended to appear on behalf of Plaintiff Maxim Integrated

1  Products, Inc. ("Maxim").  Mr. Franks and Mr. Matz, both based in Phoenix, Arizona, boarded
2  U.S. Airways flight 400, which was scheduled to arrive at San Francisco International Airport
3  ("SFO") at 12:37 p.m., allowing approximately two hours before the scheduled hearing.

4  Flight 400 left the gate as scheduled.  Before the plane took off, however, the passengers
5  were informed that, because of traffic control issues at SFO, the flight would be delayed for
6  approximately forty-five minutes.  The aircraft parked on the taxiway and shut down its engines.
7  Counsel calculated that, even with the anticipated delay, they would have more than enough time
8  to make it to the Case Management Conference.

9  At approximately 11:20 a.m., the flight crew stated that Flight 400 had been cancelled and
10 that the aircraft would be returning to the gate.  While the aircraft was taxiing to the gate, Mr.
11 Matz telephoned his assistant, Ms. Mary Wadsworth, and asked her to contact the Court to
12 determine whether the Initial Case Management Conference could be postponed or conducted
13 telephonically.  Ms. Wadsworth did so and was informed that the Case Management Conference
14 could not be conducted telephonically, that Judge Hamilton would remove the Case Management
15 Conference from the calendar if counsel could not make it to the courthouse by 3:00 p.m., that in
16 that event counsel should inform the Court and file a stipulation continuing the Initial Case
17 Management Conference, and that the next available date was February 28, 2008.

18 After exiting the plane on its return to the gate, Mr. Franks and Mr. Matz investigated
19 whether there was any other flight to the Bay Area that they could catch that would enable them
20 to make it to the Court by 3:00 p.m.  There was not.

21 Mr. Matz explained the situation to Sean DeBruine, counsel for Defendant Anpec
22 Electronics Corp, who agreed to stipulate to continuing the Case Management Conference.

23 The parties therefore stipulate and jointly request that the Court continue the Initial Case
24 Management Conference until February 28, 2008, or the next available date thereafter.

25 **SO STIPULATED.**

26
27
28

1 | DATED: January 31, 2008 | **PERKINS COIE BROWN & BAIN P.A.**

By: /s/ Chad S. Campbell
 Chad S. Campbell
 Aaron Matz
 Suite 2000
 2901 North Central Avenue
 Phoenix, AZ  85012-2788

 James R. Hannah
 PERKINS COIE LLP
 101 Jefferson Drive
 Menlo Park, CA  94025-1114

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

DATED: January 31, 2008    **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ Sean DeBruine
 Yitai Hu (SBN 248085)
 Sean DeBruine (SBN 168071)
 Ming-Tao Yang (SBN 221295)
 Two Palo Alto Square
 3000 El Camino Real, Suite 400
 Palo Alto, CA 94306-2112

Attorneys for Defendant
ANPEC ELECTRONICS CORP.

**ATTACHMENT TO**

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to General Order 45, section X.B., I hereby attest that concurrence in the filing of this document has been obtained from Sean DeBruine, counsel for Anpec Electronics Corp.

Dated:  January 31, 2007                           By: /s/ Chad S. Campbell

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the ECF e-filing system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chad S. Campbell:   cscampbell@perkinscoie.com

James R. Hannah:   jhannah@perkinscoie.com

Attorneys for Plaintiff

   —and—

Yitai Hu:   yhu@akingump.com

Sean P. DeBruine:   sdebruine@akingump.com

Ming-Tao Yang:   myang@akingump.com

Attorneys for Defendant


By /s/ Aaron Matz