1  Chad S. Campbell (AZ Bar No. 012080)
   PERKINS COIE BROWN & BAIN P.A.
2  2901 North Central Avenue, Suite 2000
   Phoenix, AZ  85012-2788
3  Telephone:  602.351.8000
   Facsimile:  602.648.7000
4  CSCampbell@perkinscoie.com

5  James R. Hannah (SBN 237978)
   PERKINS COIE LLP
6  101 Jefferson Drive
   Menlo Park, CA  94025-1114
7  Telephone:  650.838.4300
   Facsimile:  650.838.4350
8  JHannah@perkinscoie.com

9  Attorneys for Plaintiff
   MAXIM INTEGRATED PRODUCTS, INC.
10

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  MAXIM INTEGRATED PRODUCTS,          Case No. 07-CV-04424-PJH
    INC.,
15                                      **NOTICE OF APPEARANCE OF ESHA**
                 Plaintiff,             **BANDYOPADHYAY**
16
          v.
17
    ANPEC ELECTRONICS CORP.,
18
                 Defendant.
19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF ESHA
BANDYOPADHYAY                        -1-              NO. 07-CV-04424-PJH

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
   RECORD:
2

3      Notice is hereby given that the undersigned attorney, Esha Bandyopadhyay, a member of

4  the bar of this Court, enters her appearance in this matter on behalf of Plaintiff Maxim Integrated

5  Products, Inc., and requests that she be added to the relevant service lists and receive, along with

6  existing counsel of record, all other pertinent information.

7                    Esha Bandyopadhyay (Cal. Bar No. 212249)
                     PERKINS COIE LLP
8                    101 Jefferson Drive
                     Menlo Park, California  94025-1114
9                    Telephone: 650.838.4300
                     Fax: 650.838.4350
10                   EBandyopadhyay@perkinscoie.com

11
   DATED:  February 8, 2008                 **PERKINS COIE LLP**
12

13                                           By:  /s/ Esha Bandyopadhyay /s/
                                                  Esha Bandyopadhyay
14                                                Perkins Coie LLP
                                                  101 Jefferson Drive
15                                                Menlo Park, California  94025-1114

16                                           Attorneys for Plaintiff
                                             MAXIM INTEGRATED PRODUCTS, INC.
17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the ECF e-filing system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chad S. Campbell:     cscampbell@perkinscoie.com

James R. Hannah:     jhannah@perkinscoie.com

Timothy J. Franks:     tfranks@perksincoie.com

Aaron Matz:     amatz@perkinscoie.com

Attorneys for Plaintiff

    —and—

Yitai Hu:     yhu@akingump.com

Sean P. DeBruine:     sdebruine@akingump.com

Ming-Tao Yang:     myang@akingump.com

Attorneys for Defendant

By /s/ Esha Bandyopadhyay /s/

CERTIFICATE OF SERVICE                                      NO. 07-CV-04424-PJH