1  Chad S. Campbell (AZ Bar No. 012080)
   PERKINS COIE BROWN & BAIN P.A.
2  2901 North Central Avenue, Suite 2000
   Phoenix, AZ  85012-2788
3  Telephone:  602.351.8000
   Facsimile:  602.648.7000
4  CSCampbell@perkinscoie.com

5  Esha Bandyopadhyay (SBN 212249)
   PERKINS COIE LLP
6  101 Jefferson Drive
   Menlo Park, CA  94025-1114
7  Telephone:  650.838.4300
   Facsimile:  650.838.4350
8  EBandyopadhyay@perkinscoie.com

9  Attorneys for Plaintiff
   MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAXIM INTEGRATED PRODUCTS, INC., | Case No. 07-CV-04424-PJH |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | |
| ANPEC ELECTRONICS CORP., | |
| Defendant. | |

TO THE CLERK OF THE COURT AND TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that James R. Hannah, formerly of Perkins Coie LLP, is no longer counsel of record for Plaintiff Maxim Integrated Products, Inc. in this matter.  James R. Hannah should be removed from any service lists.  Perkins Coie Brown & Bain P.A. and Perkins Coie LLP remain as counsel of record for plaintiff Maxim Integrated Products, Inc.  All notices, pleadings, and papers in this matter should be served on Esha Bandyopadhyay in the Menlo Park office of Perkins Coie LLP at the address specified above.

1 | DATED: February 8, 2008        **PERKINS COIE BROWN & BAIN P.A.**

By: /s/ Esha Bandyopadhyay /s/
    Chad S. Campbell
    Suite 2000
    2901 North Central Avenue
    Phoenix, Arizona 85012-2788

    Esha Bandyopadhyay
    Perkins Coie LLP
    101 Jefferson Drive
    Menlo Park, California 94025-1114

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the ECF e-filing system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chad S. Campbell: | cscampbell@perkinscoie.com |
| Timothy J. Franks: | tfranks@perksincoie.com |
| Aaron Matz: | amatz@perkinscoie.com |
| James R. Hannah: | jhannah@perkinscoie.com |
| Esha Bandyopadhyay: | ebandyopadhyay@perkinscoie.com |

Attorneys for Plaintiff

—and—

| | |
|---|---|
| Yitai Hu: | yhu@akingump.com |
| Sean P. DeBruine: | sdebruine@akingump.com |
| Ming-Tao Yang: | myang@akingump.com |

Attorneys for Defendant

By /s/ Esha Bandyopadhyay /s/