Chad S. Campbell (AZ Bar No. 012080)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
CSCampbell@perkinscoie.com

Esha Bandyopadhyay (SBN 212249)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114
Telephone:  650.838.4300
Facsimile:  650.838.4350
EBandyopadhyay@perkinscoie.com

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANPEC ELECTRONICS CORP., <br><br> Defendant. | Case No. 07-CV-04424-PJH <br><br> **MAXIM INTEGRATED PRODUCTS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

Pursuant to Civil L.R. 3-16, plaintiff Maxim Integrated Products, Inc. ("Maxim"), by its undersigned counsel, certifies that as of this date, there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by Maxim to have either:  (i) a financial interest (of any kind) in the subject matter in controversy or in a party to this proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding.

| | |
|---|---|
| 1 | |
| 2 | DATED: February 8, 2008 |

**PERKINS COIE BROWN & BAIN P.A.**

By:  /s/  Esha Bandyopadhyay  /s/
    Chad S. Campbell
    Suite 2000
    2901 North Central Avenue
    Phoenix, AZ  85012-2788

    Esha Bandyopadhyay
    Perkins Coie LLP
    101 Jefferson Drive
    Menlo Park, California  94025-1114

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

---

MAXIM'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS      -2-      NO. 07-CV-04424-PJH
PURSUANT TO CIVIL L.R. 3-16

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the ECF e-filing system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chad S. Campbell: | cscampbell@perkinscoie.com |
| Timothy J. Franks: | tfranks@perksincoie.com |
| Aaron Matz: | amatz@perkinscoie.com |
| Esha Bandyopadhyay: | ebandyopadhyay@perkinscoie.com |

Attorneys for Plaintiff

—and—

| | |
|---|---|
| Yitai Hu: | yhu@akingump.com |
| Sean P. DeBruine: | sdebruine@akingump.com |
| Ming-Tao Yang: | myang@akingump.com |

Attorneys for Defendant

By  /s/  Esha Bandyopadhyay  /s/