1   Chad S. Campbell (AZ Bar No. 012080)
    PERKINS COIE BROWN & BAIN P.A.
2   2901 North Central Avenue, Suite 2000
    Phoenix, AZ  85012-2788
3   Telephone:  602.351.8000
    Facsimile:  602.648.7000
4   CSCampbell@perkinscoie.com

5   Esha Bandyopadhyay (SBN 212249)
    PERKINS COIE LLP
6   101 Jefferson Drive
    Menlo Park, CA  94025-1114
7   Telephone:  650.838.4300
    Facsimile:  650.838.4350
8   EBandyopadhyay@perkinscoie.com

9   Attorneys for Plaintiff
    MAXIM INTEGRATED PRODUCTS, INC.
10

11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15   MAXIM INTEGRATED PRODUCTS,           Case No. 07-CV-04424-PJH
     INC.,
16                                        **MAXIM INTEGRATED PRODUCTS,**
                                          **INC.'S FED. R. CIV. P. 7.1 CORPORATE**
17              Plaintiff,                **DISCLOSURE STATEMENT**

18        v.

19   ANPEC ELECTRONICS CORP.,

20              Defendant.

21        Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Maxim Integrated Products, Inc. ("Maxim")

22   hereby submits the following corporate disclosure statement:

23        Maxim is a Delaware corporation with its principal place of business in Sunnyvale,

24   California.  Maxim has no parent corporation, and there is no publicly-held corporation that owns

25   ten percent (10%) or more of Maxim's stock.

26

27

28

MAXIM'S CORPORATE DISCLOSURE          -1-                    NO. 07-CV-04424-PJH
STATEMENT

1

2

DATED:  February 8, 2008

**PERKINS COIE BROWN & BAIN P.A.**

3

By: /s/ Esha Bandyopadhyay /s/
    Chad S. Campbell

4

    Suite 2000
    2901 North Central Avenue

5

    Phoenix, AZ  85012-2788

6

    Esha Bandyopadhyay
    Perkins Coie LLP

7

    101 Jefferson Drive
    Menlo Park, California  94025-1114

8

9

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the ECF e-filing system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chad S. Campbell:      cscampbell@perkinscoie.com

Timothy J. Franks:      tfranks@perksincoie.com

Aaron Matz:      amatz@perkinscoie.com

Esha Bandyopadhyay:      ebandyopadhyay@perkinscoie.com

Attorneys for Plaintiff

        —and—

Yitai Hu:      yhu@akingump.com

Sean P. DeBruine:      sdebruine@akingump.com

Ming-Tao Yang:      myang@akingump.com

Attorneys for Defendant


                                    By /s/  Esha Bandyopadhyay

---

CERTIFICATE OF SERVICE                                    NO. 07-CV-04424-PJH