| | |
|---|---|
| 1 | Chad S. Campbell (AZ Bar No. 012080)<br>PERKINS COIE BROWN & BAIN P.A. |
| 2 | 2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788 |
| 3 | Telephone:  602.351.8000<br>Facsimile:  602.648.7000 |
| 4 | CSCampbell@perkinscoie.com |
| 5 | Esha Bandyopadhyay (CA Bar No. 212249) |
| 6 | Zhuanjia Gu (CA Bar No. 244863)<br>PERKINS COIE LLP |
| 7 | 101 Jefferson Drive<br>Menlo Park, CA  94025-1114 |
| 8 | Telephone:  650.838.4300<br>Facsimile:  650.838.4350 |
| 9 | ebandyopadhyay@perkinscoie.com<br>zgu@perkinscoie.com |
| 10 | Attorneys for Plaintiff |
| 11 | MAXIM INTEGRATED PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ANPEC ELECTRONICS CORP.,<br><br>    Defendant. | Case No. 07-CV-04424-PJH<br><br>**NOTICE OF APPEARANCE OF ZHUANJIA GU** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that the undersigned attorney, Zhuanjia Gu, a member of the bar of this Court, enters her appearance in this matter on behalf of Plaintiff Maxim Integrated Products, Inc., and requests that she be added to the relevant service lists and receive, along with existing counsel of record, all other pertinent information.

1 | Zhuanjia Gu (CA Bar No. 244863)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Telephone: 650.838.4300
Fax: 650.838.4350
zgu@perkinscoie.com

DATED: February 15, 2008      **PERKINS COIE LLP**

By: /s/ Zhuanjia Gu
    Zhuanjia Gu
    Perkins Coie LLP
    101 Jefferson Drive
    Menlo Park, California 94025-1114

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

NOTICE OF APPEARANCE OF ZHUANJIA GU
59972-0001/LEGAL13982456.1        -2-        NO. 07-CV-04424-PJH