Chad S. Campbell (AZ Bar No. 012080)
Aaron Matz (AZ Bar No. 024108)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
CSCampbell@perkinscoie.com
AMatz@perkinscoie.com

Esha Bandyopadhyay (CA Bar No. 212249)
Zhuanjia Gu (CA Bar No. 244863)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350
EBandyopadhyay@perkinscoie.com
ZGu@perkinscoie.com

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANPEC ELECTRONICS CORP., <br><br> Defendant. | Case No. 07-CV-04424-PJH <br><br> **MAXIM INTEGRATED PRODUCTS, INC.'S ANSWER TO ANPEC ELECTRONICS CORPORATION'S COUNTERCLAIMS** |

Plaintiff and counterdefendant Maxim Integrated Products, Inc. ("Maxim") hereby responds to defendant and counterclaimant Anpec Electronics Corporation's ("Anpec") counterclaims ("Counterclaims"), contained in Anpec's Answer and Counterclaims, on personal knowledge as to its own activities and on information and belief as to the activities of others, as follows:

**PARTIES**

1. Upon information and belief, Maxim admits the allegations contained in Paragraph 1 of the Counterclaims.

2. Maxim admits the allegations contained in Paragraph 2 of the Counterclaims.

3. Answering the allegations of Paragraph 3 of the Counterclaims, Maxim admits that it has alleged in its Complaint in this matter that Anpec infringes U.S. Patent No. 7,061,327 (the "'327 Patent"). Maxim further admits that Anpec appears to deny Maxim's allegations. Except as thus expressly admitted, Maxim denies the allegations of Paragraph 3.

**JURISDICTION**

4. Answering the allegations of Paragraph 4 of the Counterclaims, Maxim admits that this Court has subject matter jurisdiction over Anpec's Counterclaims as Anpec purports to have brought these Counterclaims under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201-02. Maxim further admits that this Court has personal jurisdiction over Maxim. Except as thus expressly admitted, Maxim denies the allegations of Paragraph 4.

5. Maxim admits the allegations contained in Paragraph 5 of the Counterclaims.

**FIRST CAUSE OF ACTION**

**(Declaratory Relief – '327 Patent Noninfringement**

6. Maxim incorporates by reference its responses to Paragraphs 1 through 5 above as if fully set forth in response to Paragraph 6 of the Counterclaims.

**SECOND CAUSE OF ACTION**

**(Declaratory Relief – '327 Patent Invalidity)**

7. Maxim denies the allegations contained in Paragraph 7 of the Counterclaims.

**THIRD CAUSE OF ACTION**

**(False Marking)**

8. Maxim denies the allegations contained in Paragraph 8 of the Counterclaims.

9. Maxim denies the allegations contained in Paragraph 9 of the Counterclaims.

**AFFIRMATIVE DEFENSE**

10. Anpec's Counterclaims fail to state a claim upon which relief can be granted.

**PRAYER FOR RELIEF**

WHEREFORE, Maxim requests entry of judgment in its favor and against Anpec on its Counterclaims as follows:

    A.    Dismissing Anpec's Counterclaims with prejudice;

    B.    Declaring that Anpec take nothing by its Counterclaims;

    C.    Declaring the '327 Patent valid and enforceable;

    D.    Declaring that Anpec has infringed one or more claims of the '327 Patent;

    E.    Awarding Maxim its reasonable costs and attorneys' fees to the extent permitted by law; and

    F.    Granting such other and further relief as the Court deems just and proper.

DATED: February 20, 2007            **PERKINS COIE BROWN & BAIN P.A.**

By: /s/ Esha Bandyopadhyay
    Chad S. Campbell
    Aaron Matz
    Suite 2000
    2901 North Central Avenue
    Phoenix, AZ 85012-2788

    Esha Bandyopadhyay
    Zhuanjia Gu
    PERKINS COIE LLP
    101 Jefferson Drive
    Menlo Park, CA 94025-1114

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the ECF e-filing system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chad S. Campbell:     cscampbell@perkinscoie.com

Timothy J. Franks:    tfranks@perksincoie.com

Aaron Matz:           amatz@perkinscoie.com

Esha Bandyopadhyay:   ebandyopadhyay@perkinscoie.com

Zhuanjia Gu:          zgu@perkinscoie.com

Attorneys for Plaintiff

—and—

Yitai Hu:             yhu@akingump.com

Sean P. DeBruine:     sdebruine@akingump.com

Ming-Tao Yang:        myang@akingump.com

Attorneys for Defendant

By: /s/ Mary Wadsworth

13997433.1

CERTIFICATE OF SERVICE                                                NO. 07-CV-04424-PJH