1  Chad S. Campbell (AZ Bar No. 012080)
   Aaron Matz (*admitted pro hac vice*)
2  PERKINS COIE BROWN & BAIN P.A.
   2901 North Central Avenue, Suite 2000
3  Phoenix, AZ  85012-2788
   Telephone:  602.351.8000
4  Facsimile:  602.648.7000
   CSCampbell@perkinscoie.com
5  AMatz@perkinscoie.com

6  Esha Bandyopadhyay (CA Bar No. 212249)
   Zhuanjia Gu (CA Bar No. 244863)
7  PERKINS COIE LLP
   101 Jefferson Drive
8  Menlo Park, CA  94025-1114
   Telephone:  650.838.4300
9  Facsimile:  650.838.4350
   EBandyopadhyay@perkinscoie.com
10 ZGu@perkinscoie.com

11 Attorneys for Plaintiff
   MAXIM INTEGRATED PRODUCTS, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

| 16 | MAXIM INTEGRATED PRODUCTS, INC., | Case No. 07-CV-04424-PJH |
|---|---|---|
| 17 | | **STIPULATION REGARDING INITIAL CASE MANAGEMENT CONFERENCE** |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | ANPEC ELECTRONICS CORP., | |
| 21 | Defendant. | |

Plaintiff Maxim Integrated Products, Inc. ("Maxim") and Defendant Anpec Electronics Corp. ("Anpec") hereby stipulate and jointly request that the Court allow the Initial Case Management Conference scheduled for February 28, 2008, to proceed as scheduled despite the fact that lead trial counsel for Maxim will be unable to attend on that date. In the alternative, the parties stipulate and jointly request that the Court continue the Initial Case Management

STIPULATION REGARDING INITIAL
CASE MANAGEMENT CONFERENCE         -1-                     NO. 07-CV-04424-PJH

1  Conference until March 13, 2008; April 10, 2008; April 24, 2008; or the next available date
2  thereafter.

3        The Initial Case Management Conference was initially scheduled for December 6, 2008.
4  [Doc. No. 15, filed 11/19/07]  On November 20, 2007, Anpec moved for an extension of time to
5  answer or otherwise respond to the complaint and to continue the Initial Case Management
6  Conference until January 28, 2008, or the next available date thereafter.  [Doc. No. 16, filed
7  11/20/07]  The Court granted the motion and calendared the Initial Case Management conference
8  for January 31, 2008.  [Doc. No. 22, filed 11/28/07]

9        Counsel for Maxim were unable to attend the January 31 Case Management Conference
10  because their flight from Phoenix to San Francisco was cancelled due to traffic control problems
11  at San Francisco International Airport.  Accordingly, the parties stipulated and jointly requested
12  that the Court continue the Initial Case Management Conference until February 28, 2008, or the
13  next available date thereafter.  [Doc. No. 33, filed 1/31/08]  The Court granted the parties' request
14  and ordered that the Initial Case Management Conference be re-calendared for February 28, 2008.
15  [Doc. No. 35, filed 2/1/08]

16        Chad S. Campbell, lead trial counsel for Maxim, is presently involved in a jury trial in
17  another case.  On January 31, 2008, when Maxim and Anpec requested that the Court continue
18  the Initial Case Management Conference until February 28, 2008, Mr. Campbell expected that the
19  trial would be completed before February 28, 2008.  However, Mr. Campbell now expects that
20  the trial will not be completed until approximately March 7, 2008.  Accordingly, Mr. Campbell
21  will not be able to attend an Initial Case Management Conference on February 28, 2008.

22        Mr. Campbell is also scheduled to appear in a hearing in another case on April 17, 2008,
23  and so would be unable to attend a Case Management Conference on that date.  In addition,
24  Anpec's counsel will be in trial in another matter from March 24, 2008, until April 4, 2008, and
25  thus would be unable to attend a Case Management Conference on March 27 or April 3, 2008.

26        Maxim and Anpec are willing to proceed with the Initial Case Management Conference as
27  scheduled on February 28, 2008, even though Mr. Campbell would be unable to attend. Timothy
28  J. Franks, a partner at the law firm of Perkins Coie Brown & Bain P.A. and counsel for Maxim,

1  would be able to attend the Initial Case Management Conference on behalf of Maxim on that
2  date. Mr. Franks has full authority to enter stipulations and make admissions on behalf of
3  Maxim. Accordingly, the parties jointly request that the Court allow the case management
4  conference to proceed as scheduled on February 28, 2008.

5  In the alternative, the parties jointly request that the Court continue the Initial Case
6  Management Conference until March 13, 2008; April 10, 2008; April 24, 2008; or the next
7  available date thereafter.

8  Two proposed orders accompany this stipulation, one reflecting each of the above
9  alternatives.

10  **SO STIPULATED.**

12  DATED: February 22, 2008                **PERKINS COIE BROWN & BAIN P.A.**

13                                          By: /s/ Chad S. Campbell
14                                              Chad S. Campbell
                                                Aaron Matz
15                                              Suite 2000
                                                2901 North Central Avenue
16                                              Phoenix, AZ  85012-2788

17                                              Esha Bandyopadhyay
                                                Zhuanjia Gu
18                                              PERKINS COIE LLP
                                                101 Jefferson Drive
19                                              Menlo Park, CA  94025-1114

20                                          Attorneys for Plaintiff
                                            MAXIM INTEGRATED PRODUCTS, INC.

STIPULATION REGARDING INITIAL
CASE MANAGEMENT CONFERENCE            -3-                      NO. 07-CV-04424-PJH

1

2  DATED:  February 22, 2008					**AKIN GUMP STRAUSS HAUER & FELD LLP**

3

4						By:/s/ Ming-Tao Yang
						    Yitai Hu (SBN 248085)
						    Sean DeBruine (SBN 168071)
5						    Ming-Tao Yang (SBN 221295)
						    Two Palo Alto Square
6						    3000 El Camino Real, Suite 400
						    Palo Alto, CA 94306-2112
7

8						Attorneys for Defendant
						ANPEC ELECTRONICS CORP.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING INITIAL
CASE MANAGEMENT CONFERENCE                -4-                              NO. 07-CV-04424-PJH

**ATTACHMENT TO**

**STIPULATION REGARDING CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to General Order 45, section X.B., I hereby attest that concurrence in the filing of this document has been obtained from Ming-Tao Yang, counsel for Anpec Electronics Corp.

Dated:  February 22, 2008                                By: /s/ Chad S. Campbell

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the ECF e-filing system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chad S. Campbell: | cscampbell@perkinscoie.com |
| Timothy J. Franks: | tfranks@perksincoie.com |
| Aaron Matz: | amatz@perkinscoie.com |
| Esha Bandyopadhyay: | ebandyopadhyay@perkinscoie.com |
| Zhuanjia Gu: | zgu@perkinscoie.com |

Attorneys for Plaintiff

—and—

| | |
|---|---|
| Yitai Hu: | yhu@akingump.com |
| Sean P. DeBruine: | sdebruine@akingump.com |
| Ming-Tao Yang: | myang@akingump.com |

Attorneys for Defendant

By /s/ Mary Wadsworth