1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11  MAXIM INTEGRATED PRODUCTS, INC.,

Case No. C 07-04424 PJH

12                        Plaintiff,

**[PROPOSED] ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE**

13        v.

14  ANPEC ELECTRONICS CORP.,

15                        Defendant.

16

17        Having considered the parties' Stipulation Regarding Initial Case Management

18  Conference and finding good cause therefor, IT IS HEREBY ORDERED that Chad S. Campbell,

19  lead trial counsel for Plaintiff Maxim Integrated Products, Inc. ("Maxim") shall be excused from

20  attending the Initial Case Management Conference calendared for February 28, 2008.

21        IT IS FURTHER ORDERED that Timothy J. Franks shall appear at the Initial Case

22  Management Conference on February 28, 2008, on behalf of Maxim.

23        IT IS SO ORDERED.

24

25  Dated: _____, 2008.

26

27                                        _____
                                          PHYLLIS J. HAMILTON

28                                        United States District Judge