UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANPEC ELECTRONICS CORP., <br><br> Defendant. | Case No. C 07-04424 PJH <br><br> **[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Having considered the parties' Stipulation Regarding Initial Case Management Conference and finding good cause therefor, IT IS HEREBY ORDERED that the Initial Case Management Conference previously scheduled for February 28, 2008, will be calendared on _____, 2008, at _____.

IT IS SO ORDERED.

Dated: _____, 2008.

_____
PHYLLIS J. HAMILTON
United States District Judge

ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE    -1-    CASE NO. C 07-04424 PJH