David M. Barkan (State Bar No. 160825/barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANPEC ELECTRONICS CORP.,<br><br>　　　　　　Defendant. | Case No. C 07-04424 PJH<br><br>**MOTION TO SUBSTITUTE ATTORNEYS** |

Pursuant to Civ. L.R. 11-5, Plaintiff Maxim Integrated Products, Inc., ("Maxim") hereby moves the Court for permission to substitute the firm of Fish & Richardson P.C., by David M. Barkan, as attorneys of record for Maxim in the above-captioned case, and that the firm of Perkins Coie Brown & Bain P.A., by Chad S. Campbell, Esha Bandyopadhyay, Zhuanjia Gu, Aaron Matz, and Timothy J. Franks, be allowed to withdraw as counsel of record for said plaintiff.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 4, 2008　　　　　　　　　　FISH & RICHARDSON P.C.


　　　　　　　　　　　　　　　　　　　　By: */s/ David M. Barkan*
　　　　　　　　　　　　　　　　　　　　　　　David M. Barkan

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　MAXIM INTEGRATED PRODUCTS, INC.

**CONSENT**

The firm of Perkins Coie Brown & Bain P.A., by Chad S. Campbell, Esha Bandyopadhyay, Zhuanjia Gu, Aaron Matz, and Timothy J. Frank, hereby consents to and approves of the substitution of Fish & Richardson P.C., by David M. Barkan, as attorneys of record in this matter.

Dated: April 4, 2008                                        PERKINS COIE BROWN & BAIN P.A

By:  /s/ *Chad S. Campbell*
      Chad S. Campbell

(Withdrawing) Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Chad S. Campbell.

Dated:  April 4, 2008                                       FISH & RICHARDSON P.C.

By:  \s\ *David M. Barkan*
      David M. Barkan

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.