# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

BY ELECTRONIC FILING

April 4, 2008

The Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3, 17th Floor
San Francisco, CA  94102



Re:   Maxim Integrated Prods. v. Anpec Elecs. Corp.
      USDC – N.D. Cal. – Case No. C 07-04424 PJH

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Judge Hamilton:

Maxim Integrated Products, the Plaintiff in the above-titled patent case, has decided to substitute in new counsel in this matter.  Due to scheduling issues described below, Maxim is also requesting that the Court continue the April 10th Case Management Conference for a few weeks.  Counsel for Anpec Electronics, the Defendant in this action, has indicated that they do not object to the continuance and has agreed to the submission of a joint stipulation requesting that the Court move the Case Management Conference.

Maxim decided to substitute Fish & Richardson in place of Perkins, Coie because the Perkins, Coie firm prosecuted the patent-in-suit and, upon reflection, Maxim believes that having a different firm as litigation counsel will reduce possible discovery disputes that might arise if it continued with the Perkins, Coie firm as litigation counsel.  The litigation is still in a relatively early stage and Maxim believes the substitution of counsel will only cause minor delay in the scheduling of events in the near-term.  Counsel for Anpec does not object to the substitution.  Counsel for Anpec has also indicated that it will meet and confer with Fish & Richardson to discuss a small adjustment of the upcoming patent disclosure dates to provide time for new counsel to become fully familiar with the history of this case.  The parties will then submit an updated Joint Case Management Conference Statement with these new dates.

With respect to the April 10th Case Management Conference, lead trial counsel from Fish & Richardson, David Barkan, will be in Taiwan next week for previously scheduled depositions in another matter.  In light of the Court's strong preference that lead trial counsel attend Case Management Conference, Maxim respectfully requests a continuance of the Case Management Conference so that Mr. Barkan can attend.  In addition, continuing the Conference will allow time for Perkins, Coie and Fish & Richardson to complete the transfer of files and for Fish & Richardson to be fully

Fɪsʜ & Rɪᴄʜᴀʀᴅsᴏɴ ᴘ.ᴄ.

The Honorable Phyllis J. Hamilton
April 4, 2008
Page 2

familiar with the history of the litigation. In the event that the Court wishes to proceed with the hearing on April 10th, Maxim requests that Mr. Barkan's partner, Michael Florey, appear on behalf of Maxim. Mr. Florey has appeared before Your Honor in other patent cases, is familiar with Your Honor's Standing Orders and the Patent Rules of this District, and will be fully authorized to make any decisions or commitments that need to be made during the conference.

Maxim appreciates the Court's consideration of these issues and will be submitting concurrently with this letter a Joint Stipulation Requesting a Continuance of the Case Management Conference and a Motion to Substitute counsel.

Very truly yours,

*/s/ David M. Barkan*

David M. Barkan

cc:   Yitai Hu
      Ming-Tao Yang
      Sean DeBruine

50475258.doc