David M. Barkan (State Bar No. 160825/barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

Yitai Hu (State Bar No. 248085/ yhu@akingump.com
Ming-Tao Yang (State Bar No. 168071/ myang@akingump.com
Sean DeBruine (State Bar No. 221295/sdebruine@akingump.com)
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Attorneys for Defendant
ANPEC ELECTRONICS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANPEC ELECTRONICS CORP., <br><br> Defendant. | Case No. C 07-04424 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Maxim Integrated Products, Inc. ("Maxim") and Defendant Anpec Electronics Corp. ("Anpec") hereby stipulate and jointly request that the Court continue the Initial Case Management Conference scheduled for April 10, 2008. The basis for the parties' request is a change of counsel by Maxim that has taken affect this week, substituting Fish & Richardson P.C. for current Maxim counsel Perkins Coie Brown & Bain P.A.

1  In addition to requiring a reasonable amount of time to acquaint themselves with the facts of the case, the Fish & Richardson attorneys of record each have scheduling conflicts that prevent either from attending the Initial Case Management Conference on April 10.

In particular, Maxim's lead trial counsel, David Barkan, will be in Taiwan for depositions in another matter, and Mr. Colaianni will also be traveling in connection with a different matter and unable to attend the Initial Case Management Conference on the scheduled date. For this reason, the parties respectfully request a continuance of the Initial Case Management Conference to any of May 15, May 22, May 29, or June 5, 2008, or another later date convenient for the Court.

Further, the parties agree to meet and confer promptly and submit a revised Joint Case Management Statement at least two weeks prior to the continued Initial Case Management Conference. The parties anticipate being able to cooperatively arrive at a revised procedural schedule that permits Maxim's new counsel to become acquainted with the facts and issues of the case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 4, 2008 | Dated: April 4, 2008 |
| FISH & RICHARDSON P.C. | AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P. |
| By: /s/ David M. Barkan<br>    David M. Barkan | By: /s/ Sean DeBruine<br>    Sean DeBruine |
| Attorneys for Plaintiff<br>MAXIM INTEGRATED PRODUCTS, INC. | Attorneys for Defendant<br>ANPEC ELECTRONICS CORP., |

PURSUANT TO STIPULATION, IT IS ORDERED that the Initial Case Management Conference, which was originally scheduled for April 10, 2008, has been rescheduled and will now take place on _____, 2008.

IT IS SO ORDERED.

Dated: _____

Honorable. Phyllis J. Hamilton
United States District Court Judge

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Sean DeBruine.

Dated: April 4, 2008

FISH & RICHARDSON P.C.

By: \s\ *David M. Barkan*
    David M. Barkan

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.