UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANPEC ELECTRONICS CORP., <br><br> Defendant. | Case No. C 07-04424 PJH <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEYS |

IT IS HEREBY ORDERED that the firm of Perkins Coie Brown & Bain P.A., by Chad S. Campbell, Esha Bandyopadhyay, Zhuanjia Gu, Aaron Matz, and Timothy J. Franks, are allowed to withdraw as counsel of record for plaintiff Maxim Integrated Products, Inc., and that the firm of Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California, by David M. Barkan is hereby substituted as attorneys of record for plaintiff Maxim Integrated Products, Inc.

IT IS SO ORDERED.

Dated: 4/7/08   _____
Honorable. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

1

[PROP] ORDER GRANTING MOTION
TO SUBSTITUTE COUNSEL
Case No. C 07-04424 PJH