1  David M. Barkan (State Bar No. 160825/barkan@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 500
   Redwood City, California 94063
3  Telephone:  (650) 839-5070
   Facsimile:   (650) 839-5071
4
   Attorneys for Plaintiff
5  MAXIM INTEGRATED PRODUCTS, INC.

6  Yitai Hu (State Bar No. 248085/ yhu@akingump.com
   Ming-Tao Yang (State Bar No. 168071/ myang@akingump.com
7  Sean DeBruine (State Bar No. 221295/sdebruine@akingump.com)
   AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
8  Two Palo Alto Square
   3000 El Camino Real, Suite 400
9  Palo Alto, CA  94306
   Telephone: (650) 838-2000
10 Facsimile: (650) 838-2001

11 Attorneys for Defendant
   ANPEC ELECTRONICS CORP.
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANPEC ELECTRONICS CORP., <br><br> Defendant. | Case No. C 07-04424 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Maxim Integrated Products, Inc. ("Maxim") and Defendant Anpec Electronics Corp. ("Anpec") hereby stipulate and jointly request that the Court continue the Initial Case Management Conference scheduled for April 10, 2008.  The basis for the parties' request is a change of counsel by Maxim that has taken affect this week, substituting Fish & Richardson P.C. for current Maxim counsel Perkins Coie Brown & Bain P.A.

1   In addition to requiring a reasonable amount of time to acquaint themselves with the facts of
2   the case, the Fish & Richardson attorneys of record each have scheduling conflicts that prevent
3   either from attending the Initial Case Management Conference on April 10.
4   In particular, Maxim's lead trial counsel, David Barkan, will be in Taiwan for depositions in
5   another matter, and Mr. Colaianni will also be traveling in connection with a different matter and
6   unable to attend the Initial Case Management Conference on the scheduled date.  For this reason,
7   the parties respectfully request a continuance of the Initial Case Management Conference to any of
8   May 15, May 22, May 29, or June 5, 2008, or another later date convenient for the Court.
9   Further, the parties agree to meet and confer promptly and submit a revised Joint Case
10  Management Statement at least two weeks prior to the continued Initial Case Management
11  Conference.  The parties anticipate being able to cooperatively arrive at a revised procedural
12  schedule that permits Maxim's new counsel to become acquainted with the facts and issues of the
13  case.

Respectfully submitted,

Dated: April 4, 2008                               Dated: April 4, 2008

FISH & RICHARDSON P.C.                             AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.

By: /s/ David M. Barkan                            By: /s/ Sean DeBruine
    David M. Barkan                                    Sean DeBruine

Attorneys for Plaintiff                            Attorneys for Defendant
MAXIM INTEGRATED PRODUCTS, INC.                    ANPEC ELECTRONICS CORP.,


PURSUANT TO STIPULATION, IT IS ORDERED that the Initial Case Management Conference, which was originally scheduled for April 10, 2008, has been rescheduled and will now take place on __May 15_____, 2008.

IT IS SO ORDERED.

Dated:  4/7/08

_____
Honorable. Phyllis J. Hamilton
United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE
Case No. C 07-04424 PJH

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Sean DeBruine.

Dated: April 4, 2008　　　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　　　By: \s\ *David M. Barkan*
　　　　　　　　　　　　　　　　　　　　　　　David M. Barkan

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　MAXIM INTEGRATED PRODUCTS, INC.