1  David M. Barkan (CSB No. 160825/barkan@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 500
   Redwood City, CA 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
   Attorneys for Plaintiff
5  MAXIM INTEGRATED PRODUCTS, INC.

FILED
08 MAY -1 PM 4: 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ANPEC ELECTRONICS CORP.<br><br>Defendant. | Case No. 07-CV-04424-PJH<br><br>**APPLICATION OF JOSEPH V. COLAIANNI FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Joseph V. Colaianni, Jr., an active member in good standing of the bar of the State of Virginia and District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff Maxim Integrated Products, Inc. in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and Alternative Dispute Resolution program of this Court; and,

/ / /

/ / /

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>David M. Barkan (CSB No. 160825)
>FISH & RICHARDSON, P.C.
>500 Arguello Street, Suite 500
>Redwood City, CA 94063
>Telephone: (650) 839-5070
>Facsimile: (650) 839-5071

Dated: April 23, 2008

FISH & RICHARDSON P.C.

By: _____
Joseph V. Colaianni, Jr.
FISH & RICHARDSON P.C.
1425 K Street NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

50477733.doc

# PROOF OF SERVICE

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 30, 2008, I caused a copy of the following document(s):

APPLICATION OF JOSEPH V. COLAIANNI FOR ADMISSION PRO HAC VICE

[PROPOSED] ORDER GRANTING APPLICATION OF JOSEPH V. COLAIANNI FOR ADMISSION PRO HAC VICE

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Yitai Hu<br>Sean P. DeBruine<br>Ming-Tao Yang<br>Akin Gump Strauss Hauer & Feld LLP<br>Three Embarcadero Center, Suite 2800<br>San Francisco, CA 94111<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501 | Attorneys for Defendant<br>ANPEC ELECTRONICS CORP. |

| | | |
|---|---|---|
| [XX] | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| [ ] | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| [ ] | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| [ ] | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| [ ] | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| [ ] | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |

| | | |
|---|---|---|
| 1 | ☐ **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 30, 2008, at Redwood City, California.

_____
Vivian F. Lopez

50477733

4

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018695
Cashier ID: almaceh
Transaction Date: 05/01/2008
Payer Name: FISH AND RICHARDSON PC
----------------------------------------
PRO HAC VICE
 For: J V COLAIANNI JR
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 450506
 Amt Tendered:   $210.00
----------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:       $0.00

C07-4424 PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```