1   David M. Barkan (CSB No. 160825/barkan@fr.com)
FISH & RICHARDSON P.C.

2   500 Arguello Street, Suite 500
Redwood City, CA 94063

3   Telephone: (650) 839-5070
Facsimile: (650) 839-5071

4

Attorneys for Plaintiff

5   MAXIM INTEGRATED PRODUCTS, INC.

6

7                UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

10  MAXIM INTEGRATED PRODUCTS, INC.    Case No. 07-CV-04424-PJH

11               Plaintiff,    **[PROPOSED] ORDER GRANTING APPLICATION OF JOSEPH V.**

12       v.    **COLAIANNI FOR ADMISSION PRO HAC VICE**

13  ANPEC ELECTRONICS CORP.

14             Defendant.

15

16      Joseph V. Colaianni, an active member in good standing of the bars of the State of Virginia

17  and the District of Columbia, having applied in the above-entitled action for admission to practice

18  in the Northern District of California on a *pro hac vice* basis, representing plaintiff Maxim

19  Integrated Products, Inc.

20      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

21  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*

22  *vice*. Service of papers upon and communication with co-counsel designated in the application

23  shall constitute notice to the party. All future filings in this action are subject to the requirements

24  contained in General Order No. 45, Electronic Case Filing.

25  Dated:  5/5/08

26                        The Hon. Phyllis J. Hamilton
United States District Judge

27  50477737

28

IT IS SO ORDERED

Judge Phyllis J. Hamilton

[PROPOSED] ORDER GRANTING APPLICATION OF JOSEPH V.
COLAIANNI FOR ADMISSION PRO HAC VICE
Case No. 07-CV-04424-PJH