UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** May 15, 2008          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4424 PJH

**Case Name:** Maxim Integrated Products, Inc. v. Anpec Electronics Corp.

**Attorney(s) for Plaintiff:** David M. Barkan
**Attorney(s) for Defendant:** Ming-Tao Yang

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Not Reported

PROCEEDINGS

    Initial Case Management Conference-Held. The court informs the parties that they will need to meet and confer with clients to determine if they will reconsider consenting to a magistrate judge for all purposes and inform the court in writing within one week. The parties are handed copies of the magistrate judge brochure.

    The court will approve 30 interrogatories; 80 hours for non-expert depositions and 40 hours for expert depositions.

    The court sets a Tutorial on 11/21/08 at 9:00 a.m. and the Claim Construction on 12/10/08 at 9:00 a.m. All other pretrial dates will be set after the claim construction ruling.

    The parties are referred to the ADR office to conduct a telephone conference to decide on ADR process during the week of June 23, 2008

    The parties are handed copies of the courts pretrial instructions.

**Order to be prepared by:** [] Pl [] Def [] Court

**Notes:**

**cc:** file; ADR