David M. Barkan (CA Bar No. 160825/barkan@fr.com)
Rajesh Bagga (CA Bar No. 248837/bagga@fr.com)
Fish & Richardson P.C.
500 Arguello Street
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

Yitai Hu (CA Bar No. 248085/yhu@akingump.com)
Sean P. DeBruine (CA Bar No. 168071/sdebruine@akingump.com)
Ming-Tao Yang (CA Bar No. 221295/myang@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA  94306-2112
Telephone:  (650) 838-2000
Facsimile:  (650) 838-2001

Attorneys for Defendant
ANPEC ELECTRONICS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANPEC ELECTRONICS CORP., <br><br> Defendant. | Case No. 07-CV-04424-PJH <br><br> **STIPULATION REGARDING DATE FOR CONSENTING TO A MAGISTRATE JUDGE** |

Plaintiff Maxim Integrated Products, Inc. ("Maxim") and Defendant Anpec Electronics Corp. ("Anpec") hereby stipulate and jointly request that the Court continue the May 22, 2008 date by which the parties were ordered to inform the Court whether they will consent to the submission of this case to a Magistrate Judge. At the Initial Case Management Conference held on May 15, 2008, the Court ordered the parties to meet and confer to determine if they will reconsider consenting to a Magistrate Judge, and to inform the Court in writing by May 22, 2008.

1  The parties are currently engaged in settlement discussions in Taiwan, and thus respectfully
2  request a two-week extension to June 5, 2008 to report back to the Court. This short extension
3  will allow the parties to fully explore this issue and collaborate in an attempt to reach agreement
4  on a Magistrate Judge.

5      A proposed order accompanies this stipulation.

7  DATED: May 21, 2008                              **FISH & RICHARDSON P.C.**

9                                                             By: /s/ David M. Barkan
                                                                David M. Barkan

10                                             Attorneys for Plaintiff
11                                             MAXIM INTEGRATED PRODUCTS, INC.

13  DATED: May 21, 2008                          **AKIN GUMP STRAUSS HAUER & FELD LLP**

15                                             By: /s/ Ming-Tao Yang
                                                    Ming-Tao Yang

16                                             Attorneys for Defendant
17                                             ANPEC ELECTRONICS CORP.

19                                        **DECLARATION**

21      Pursuant to General Order 45, Section X.B., I hereby attest that concurrence in the filing
22  of this document has been obtained from Ming-Tao Yang, counsel for Anpec Electronics Corp.

24  Dated: May 21, 2008                                        By: /s/ David M. Barkan
25                                                                      David M. Barkan

26  50486977.doc