1  David M. Barkan (CA Bar No. 160825/barkan@fr.com)
   Rajesh Bagga (CA Bar No. 248837/bagga@fr.com)
2  Fish & Richardson P.C.
   500 Arguello Street
3  Redwood City, CA 94063
   Telephone: 650-839-5070
4  Facsimile:  650-839-5071

5  Attorneys for Plaintiff
   MAXIM INTEGRATED PRODUCTS, INC.
6
   Yitai Hu (CA Bar No. 248085/yhu@akingump.com)
7  Sean P. DeBruine (CA Bar No. 168071/sdebruine@akingump.com)
   Ming-Tao Yang (CA Bar No. 221295/myang@akingump.com)
8  AKIN GUMP STRAUSS HAUER & FELD LLP
   Two Palo Alto Square
9  3000 El Camino Real, Suite 400
   Palo Alto, CA  94306-2112
10 Telephone:  (650) 838-2000
   Facsimile:  (650) 838-2001
11
   Attorneys for Defendant
12 ANPEC ELECTRONICS CORP.

13                           UNITED STATES DISTRICT COURT

14                          NORTHERN DISTRICT OF CALIFORNIA

15                                SAN FRANCISCO DIVISION

16

17 MAXIM INTEGRATED PRODUCTS, INC.         Case No. 07-CV-04424-PJH

                   Plaintiff,              **[PROPOSED] ORDER CONTINUING
18                                         THE DATE FOR THE PARTIES TO
        v.                                 INFORM THE COURT REGARDING
19                                         SUBMISSION OF THE CASE TO A
   ANPEC ELECTRONICS CORP.                 MAGISTRATE JUDGE**
20
                   Defendant.
21

22

23

24

25         Plaintiff Maxim Integrated Products, Inc.'s and Defendant Anpec Electronics Corp.'s

26 stipulation and joint motion to continue the May 22, 2008 date by which the parties were ordered

27 to inform the Court whether they will consent to the submission of this case to a Magistrate Judge,

28 having come before the Court, and good cause appearing therefor, is hereby GRANTED.

1  IT IS HEREBY ORDERED that the date for the parties to inform the Court of their
2  decision regarding submission of this case to a Magistrate Judge is reset to June 5, 2008.
3
4
5  Dated: _____                    _____
6                                               Phyllis J. Hamilton
                                                 United States District Judge
7
8
9  50486976.doc