| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| **Claim 1** | |
| An amplifier circuitry for directly driving stereo headphones, said amplifier circuitry being driven by a single supply voltage VDD, said amplifier circuitry comprising: | To the extent the preamble is construed to be a claim limitation, each of the accused Anpec products includes amplifier circuitry for directly driving stereo headphones without the use of DC blocking capacitors. The amplifier circuitry is driven by a single supply voltage, identified in the accused products' datasheets as "$HV_{DD}$." *See, e.g.*, MAX00035354; MAX00035370-375; MAX00035384; MAX00035401-407.<br><br>This claim element is literally present in the accused Anpec products as set forth above. Under Anpec's apparent construction of the claims based on the defenses to infringement raised in its Answer to the complaint, the accused products infringe under the doctrine of equivalents. The accused Anpec products each employ an on-chip charge pump that is powered by a positive voltage ($CV_{DD}$) that may be equal in magnitude to the supply voltage ($HV_{DD}$, $CV_{SS}/HV_{SS}$) that powers the amplifier circuitry. *See, e.g.*, MAX00035355; MAX00035370-375; MAX00035385; MAX00035401-407. The generation by the charge pump of a negative supply voltage ($CV_{SS}/HV_{SS}$) to power the amplifier circuitry allows for the elimination of large, expensive output coupling capacitors. *See, e.g.*, MAX00035354; MAX00035373; MAX00035384; MAX00035404. Anpec's use of separate pins ($CV_{DD}$, $HV_{DD}$) to supply power to the charge pump and amplifier circuitry represents an insubstantial difference, under Anpec's apparent claim construction, from the claimed subject matter. Under Anpec's apparent construction, the accused Anpec products perform the same functions as claimed, in substantially the same way, and achieve the same results. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| a first and a second amplifier, the first amplifier having an output directly coupled to a first headphone and the second amplifier having an output directly coupled to a second headphone, each of the first and second amplifier having a VDD power supply lead connected to a positive voltage supply VDD; and | Each of the accused Anpec products includes two headphone amplifiers. The output of the first amplifier is directly coupled, through the terminal identified in the accused products' datasheets as "HP_R," to a first headphone. The output of the second amplifier is directly coupled, through the terminal identified in the accused products' datasheets as "HP_L," to a second headphone. *See, e.g.*, MAX00035370-375; MAX00035401-407.<br><br>Each of the two amplifiers is connected to the positive supply voltage identified in the accused products' datasheets as "$HV_{DD}$." *See, e.g.*, MAX00035370-372; MAX00035401-403. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| a charge pump circuitry output connected to a -VDD supply voltage of the first and second amplifier, wherein said charge pump circuitry output provides a voltage substantially equal in magnitude to the negative value of the VDD supply, said charge pump further having a power supply lead connected to the VDD supply voltage. | Each of the accused Anpec products includes charge pump circuitry. The charge pump circuitry produces an output, identified in the accused products' datasheets as "$CV_{SS}$," that is connected to the negative supply voltage of the first and second headphone amplifiers through the terminal identified in the accused products' datasheets as "$HV_{SS}$." The magnitude of the voltage of the charge pump circuitry output is substantially equal to the negative value of the positive supply voltage (the accused chips are designed to operate in conditions where $HV_{DD}$ is from -0.3V to 6V, and $CV_{SS}$ is from +0.3V to -6V). *See, e.g.*, MAX00035355; MAX00035370-375; MAX00035385; MAX00035401-407. The charge pump includes a power supply lead that connects to a positive supply voltage through the terminal identified in the accused products' datasheets as "$CV_{DD}$." *See, e.g.*, MAX00035370-372; MAX00035401-403.<br><br>This claim element is literally present in the accused Anpec products as set forth above. Under Anpec's apparent construction of the claims based on the defenses to infringement raised in its Answer to the complaint, the accused products infringe under the doctrine of equivalents. The accused Anpec products each employ an on-chip charge pump that is powered by a positive voltage ($CV_{DD}$) that may be equal in magnitude to the supply voltage ($HV_{DD}$, $CV_{SS}$/$HV_{SS}$) that powers the amplifier circuitry. *See, e.g.*, MAX00035355; MAX00035370-375; MAX00035385; MAX00035401-407. The generation by the charge pump of a negative supply voltage ($CV_{SS}$/$HV_{SS}$) to power the amplifier circuitry allows for the elimination of large, expensive output coupling capacitors. *See, e.g.*, MAX00035354; MAX00035373; MAX00035384; MAX00035404. Anpec's use of separate pins ($CV_{DD}$, $HV_{DD}$) to supply power to the charge pump and amplifier circuitry represents an insubstantial difference, under Anpec's apparent claim construction, from the claimed subject matter. Under Anpec's apparent construction, the accused Anpec products perform the same functions as claimed, in substantially the same way, and achieve the same results. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| **Claim 2** | |
| A direct drive charge pump enabled stereo headphone system comprising the following formed on a single integrated circuit; | Each of the accused Anpec products is a monolithic integrated circuit that includes circuitry to directly drive stereo headphones without the use of DC blocking capacitors. The ability to drive stereo headphones directly is enabled through the use of an on-chip charge pump. *See, e.g.*, MAX00035354; MAX00035384. |
| a single power input for providing, internal to said integrated circuit, a VDD supply voltage originating external to said integrated circuit; | Each of the accused Anpec products include a power input for receiving supply voltage, identified in the accused products' datasheets as pins labeled "$HV_{DD}$" and "$CV_{DD}$." The power input provides an internal supply voltage that originates external to the accused products. *See, e.g.*, MAX00035370-372; MAX00035401-403.<br><br>This claim element is literally present in the accused Anpec products as set forth above. Under Anpec's apparent construction of the claims based on the defenses to infringement raised in its Answer to the complaint, the accused products infringe under the doctrine of equivalents. The accused Anpec products each employ an on-chip charge pump that is powered by a positive voltage ($CV_{DD}$) that may be equal in magnitude to the supply voltage ($HV_{DD}$, $CV_{SS}$/$HV_{SS}$) that powers the amplifier circuitry. *See, e.g.*, MAX00035355; MAX00035370-375; MAX00035385; MAX00035401-407. The generation by the charge pump of a negative supply voltage ($CV_{SS}$/$HV_{SS}$) to power the amplifier circuitry allows for the elimination of large, expensive output coupling capacitors. *See, e.g.*, MAX00035354; MAX00035373; MAX00035384; MAX00035404. Anpec's use of separate pins ($CV_{DD}$, $HV_{DD}$) to supply power to the charge pump and amplifier circuitry represents an insubstantial difference, under Anpec's apparent claim construction, from the claimed subject matter. Under Anpec's apparent construction, the accused Anpec products perform the same functions as claimed, in substantially the same way, and achieve the same results. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| a charge pump coupled to said single power input and operable to provide, internal to said integrated circuit, a voltage substantially equal in magnitude to the negative value of said external VDD supply; | Each of the accused Anpec products includes a charge pump. The charge pump includes a power supply lead that connects to a positive supply voltage through the terminal identified in the accused products' datasheets as "$CV_{DD}$." The charge pump circuitry produces, internal to the accused integrated circuits, an output voltage that is substantially equal to the negative value of the positive supply voltage (the accused chips are designed to operate in conditions where $HV_{DD}$ is from -0.3V to 6V, and $CV_{ss}$ is from +0.3V to -6V). *See, e.g.*, MAX00035355; MAX00035370-375; MAX00035385; MAX00035401-407.<br><br>This claim element is literally present in the accused Anpec products as set forth above. Under Anpec's apparent construction of the claims based on the defenses to infringement raised in its Answer to the complaint, the accused products infringe under the doctrine of equivalents. The accused Anpec products each employ an on-chip charge pump that is powered by a positive voltage ($CV_{DD}$) that may be equal in magnitude to the supply voltage ($HV_{DD}$, $CV_{SS}/HV_{SS}$) that powers the amplifier circuitry. *See, e.g.*, MAX00035355; MAX00035370-375; MAX00035385; MAX00035401-407. The generation by the charge pump of a negative supply voltage ($CV_{SS}/HV_{SS}$) to power the amplifier circuitry allows for the elimination of large, expensive output coupling capacitors. *See, e.g.*, MAX00035354; MAX00035373; MAX00035384; MAX00035404. Anpec's use of separate pins ($CV_{DD}$, $HV_{DD}$) to supply power to the charge pump and amplifier circuitry represents an insubstantial difference, under Anpec's apparent claim construction, from the claimed subject matter. Under Anpec's apparent construction, the accused Anpec products perform the same functions as claimed, in substantially the same way, and achieve the same results. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| a first headphone amplifier power by both said external VDD supply and said voltage substantially equal in magnitude to the negative value of said external VDD supply, said first headphone amplifier having a first audio input driven by a first audio signal provided external to said integrated circuit, and a first audio output suitable for directly driving a stereo headphone; | Each of the accused Anpec products includes a first headphone amplifier. The amplifier is connected to the positive supply voltage identified in the accused products' datasheets as "$HV_{DD}$" and to the negative voltage produced by the charge pump through the terminal identified in the accused products' datasheets as "$HV_{SS}$." The amplifier has an audio input that is driven by an external audio signal provided through the terminal identified in the accused products' datasheets as "INR_H." In addition, the amplifier has an audio output, provided through the terminal identified in the accused products' datasheets as "HP_R," that is suitable for directly driving a stereo headphone without the use of a DC blocking capacitor. *See, e.g.*, MAX00035354; MAX00035370-375; MAX00035384; MAX00035401-407.<br><br>This claim element is literally present in the accused Anpec products as set forth above. Under Anpec's apparent construction of the claims based on the defenses to infringement raised in its Answer to the complaint, the accused products infringe under the doctrine of equivalents. The accused Anpec products each employ an on-chip charge pump that is powered by a positive voltage ($CV_{DD}$) that may be equal in magnitude to the supply voltage ($HV_{DD}$, $CV_{SS}$/$HV_{SS}$) that powers the amplifier circuitry. *See, e.g.*, MAX00035355; MAX00035370-375; MAX00035385; MAX00035401-407. The generation by the charge pump of a negative supply voltage ($CV_{SS}$/$HV_{SS}$) to power the amplifier circuitry allows for the elimination of large, expensive output coupling capacitors. *See, e.g.*, MAX00035354; MAX00035373; MAX00035384; MAX00035404. Anpec's use of separate pins ($CV_{DD}$, $HV_{DD}$) to supply power to the charge pump and amplifier circuitry represents an insubstantial difference, under Anpec's apparent claim construction, from the claimed subject matter. Under Anpec's apparent construction, the accused Anpec products perform the same functions as claimed, in substantially the same way, and achieve the same results. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| a second headphone amplifier powered by both said external VDD supply and said voltage substantially equal in magnitude to the negative value of said external VDD supply, said second headphone amplifier having a second audio input driven by a second audio signal provided external to said integrated circuit, and a second audio output suitable for directly driving said stereo headphone; and | Each of the accused Anpec products includes a second headphone amplifier. The amplifier is connected to the positive supply voltage identified in the accused products' datasheets as "$HV_{DD}$" and to the negative voltage produced by the charge pump through the terminal identified in the accused products' datasheets as "$HV_{SS}$." The amplifier has an audio input that is driven by an external audio signal provided through the terminal identified in the accused products' datasheets as "INL_H." In addition, the amplifier has an audio output, provided through the terminal identified in the accused products' datasheets as "HP_L," that is suitable for directly driving a stereo headphone without the use of a DC blocking capacitor. *See, e.g.,* MAX00035354; MAX00035370-375; MAX00035384; MAX00035401-407.<br><br>This claim element is literally present in the accused Anpec products as set forth above. Under Anpec's apparent construction of the claims based on the defenses to infringement raised in its Answer to the complaint, the accused products infringe under the doctrine of equivalents. The accused Anpec products each employ an on-chip charge pump that is powered by a positive voltage ($CV_{DD}$) that may be equal in magnitude to the supply voltage ($HV_{DD}$, $CV_{SS}/HV_{SS}$) that powers the amplifier circuitry. *See, e.g.,* MAX00035355; MAX00035370-375; MAX00035385; MAX00035401-407. The generation by the charge pump of a negative supply voltage ($CV_{SS}/HV_{SS}$) to power the amplifier circuitry allows for the elimination of large, expensive output coupling capacitors. *See, e.g.,* MAX00035354; MAX00035373; MAX00035384; MAX00035404. Anpec's use of separate pins ($CV_{DD}$, $HV_{DD}$) to supply power to the charge pump and amplifier circuitry represents an insubstantial difference, under Anpec's apparent claim construction, from the claimed subject matter. Under Anpec's apparent construction, the accused Anpec products perform the same functions as claimed, in substantially the same way, and achieve the same results. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| whereby a single ground reference may be used for both said headphone system and said stereo headphone such that substantially no DC bias voltage exists across said first audio input and said second audio input with reference to said stereo headphone. | In each of the accused Anpec products, the use of a charge pump as described above makes it possible to use a single ground reference for both the integrated circuit and a stereo headphone such that substantially no DC bias voltage exists across the integrated circuit's audio inputs with respect to the stereo headphone. Accordingly, the accused Anpec products do not require DC blocking capacitors. *See, e.g.*, MAX00035354; MAX00035370-375; MAX00035384; MAX00035401-407. |
| **Claim 3** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **2**, wherein said first audio input is an audio in for a right stereo headphone and said second audio input is an audio in for a left stereo headphone. | In each of the accused products, the first audio input, which is driven by the audio signal provided through the terminal identified in the accused products' datasheets as "INR_H," is for a right stereo headphone. The second audio input, which is driven by the audio signal provided through the terminal identified in the accused products' datasheets as "INL_H," is for a left stereo headphone. *See, e.g.*, MAX00035370-375; MAX00035401-407. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| **Claim 4** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **2**, wherein said first audio input is coupled to an inverting terminal of said first headphone amplifier and said second audio input is coupled to an inverting terminal of said second headphone amplifier. | In each of the accused products, the first audio input, which is driven by an audio signal provided through the terminal identified in the accused products' datasheets as "INR_H," is coupled to the inverting terminal (identified in the accused products' datasheets by a "-" symbol) of the first headphone amplifier. The second audio input, which is driven by an audio signal provided through the terminal identified in the accused products' datasheets as "INR_L," is coupled to the inverting terminal of the second headphone amplifier. *See, e.g.*, MAX00035370-375; MAX00035401-407. |
| **Claim 5** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **4**, wherein a non inverting terminal of said first headphone amplifier is coupled to a non inverting terminal of said second headphone amplifier. | In each of the accused products, the non inverting terminal (identified in the accused products' datasheets by a "+" symbol) of the first headphone amplifier is coupled to the non inverting terminal of the second headphone amplifier. *See, e.g.*, MAX00035370-375; MAX00035401-407. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| **Claim 6** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **5**, wherein said non inverting terminal of said first headphone amplifier and said non inverting terminal of said second headphone amplifier are coupled to ground. | In each of the accused products, the non inverting terminal of the first headphone amplifier and the non inverting terminal of the second headphone amplifier are coupled to ground, which is identified in the accused products' datasheets by a "⏚" symbol. *See, e.g.*, MAX00035370-375; MAX00035401-407. |
| **Claim 7** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **2**, further comprising: | |
|     a first resistor coupled to said first audio input and an inverting terminal of said first headphone amplifier, | Each of the accused products is configured to be coupled to a resistor that is coupled to the first audio input and to the inverting terminal of the first headphone amplifier. The resistor is identified in the accused products' datasheets by a "⎓" symbol and is designated as "$R_{i(HP\_R)}$." *See, e.g.*, MAX00035370-375; MAX00035401-407. |
|     a second resistor coupled to said first audio output and said inverting terminal of said first headphone amplifier, | Each of the accused products includes a resistor that is coupled to the first audio output and to the inverting terminal of the first headphone amplifier. The resistor is identified in the accused products' datasheets by a "⎓" symbol and is designated as "$R_{f(HP\_R)}$." *See, e.g.*, MAX00035370-375; MAX00035401-407. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| a third resistor coupled to said second audio input and an inverting terminal of said second headphone amplifier, and | Each of the accused products is configured to be coupled to a resistor that is coupled to the second audio input and to the inverting terminal of the second headphone amplifier. The resistor is identified in the accused products' datasheets by a "⏣" symbol and is designated as "$R_{i(HP\_L)}$." *See, e.g.*, MAX00035370-375; MAX00035401-407. |
| a fourth resistor coupled to said second audio output and said inverting terminal of said second headphone amplifier. | Each of the accused products includes a resistor that is coupled to the second audio output and to the inverting terminal of the second headphone amplifier. The resistor is identified in the accused products' datasheets by a "⏣" symbol and is designated as "$R_{f(HP\_L)}$." *See, e.g.*, MAX00035370-375; MAX00035401-407. |
| **<u>Claim 8</u>** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **2**, further comprising: | |
| a first capacitor having a first lead and a second lead, said first lead coupled to said charge pump and said second lead coupled to said charge pump, said first capacitor located off said integrated chip, and | Each of the accused products is configured to be used with a first capacitor external to the integrated circuit. That capacitor has two leads, both of which are coupled to the charge pump. In the accused products' datasheets, the capacitor is represented by a "⊥" symbol and is designated "$C_{CPF}$." It is coupled to the charge pump through the terminals identified in the accused products' datasheets as "CP+" and "CP-." *See, e.g.*, MAX00035370-375; MAX00035401-407. |

11

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| a second capacitor having a first lead and a second lead, said first lead coupled to said charge pump and said second lead couple to ground, said second capacitor located off said integrated chip. | Each of the accused products is configured to be used with a second capacitor external to the integrated circuit. That capacitor has two leads, one of which is coupled to the charge pump and the other of which is coupled to ground. In the accused products' datasheets, the capacitor is represented by a "⊥" symbol and is designated "$C_{CPB}$," and ground is represented by the "=" symbol. The capacitor is coupled to the charge pump through the terminal identified in the accused products' datasheets as "$C_{VDD}$." *See, e.g.*, MAX00035370-375; MAX00035401-407. |
| **Claim 9** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **2**, further comprising a short circuit protection device. | Each of the accused products includes circuitry to protect against short circuits, overcurrent conditions, and thermal overload conditions. *See, e.g.*, MAX00035354; MAX00035370-375; MAX00035384; MAX00035401-407. |
| **Claim 10** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **2**, further comprising a bias circuitry device. | Each of the accused products includes bias circuitry. *See, e.g.*, MAX00035354; MAX00035370-375; MAX00035384; MAX00035401-407. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| **Claim 11** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **2**, wherein said first audio output is an audio out for a right stereo headphone and said second audio output is an audio out for a left stereo headphone. | In each of the accused products, the first audio output, which is provided through the terminal identified in the accused products' datasheets as "HP_R," is an audio out for a right stereo headphone. The second audio input, which is provided through the terminal identified in the accused products' datasheets as "HP_L," is an audio out for a left stereo headphone. *See, e.g.*, MAX00035370-375; MAX00035401-407. |
| **Claim 12** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **2**, further comprising a click/pop suppression device coupled to said first headphone amplifier and said second headphone amplifier. | Each of the accused products includes click/pop suppression circuitry that is coupled to the headphone amplifiers. The datasheets for the accused products note that "the de-pop circuitry and the thermal shutdown protection circuitry are integrated in the APA2056A, that reduces pops and clicks noises during power up…." *See, e.g.*, MAX00035354; MAX00035370-375; MAX00035384; MAX00035401-407. |

| U.S. Patent No. 7,061,327 Claim Language | Where each element of each infringed claim is found within each Accused Instrumentality [Pat. L.R. 3-1(c)] |
|---|---|
| **Claim 13** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **2**, further comprising a shutdown control device coupled to said charge pump. | Each of the accused products includes shutdown control circuitry that is coupled to the charge pump. The shutdown control circuitry is enabled by providing a control signal at the terminal identified in the accused products' datasheets as "$\overline{SD}$." The datasheets for the accused products note that "the de-pop circuitry and the thermal shutdown protection circuitry are integrated in the APA2056A, that reduces pops and clicks noises during power up and when using the shutdown modes and protects the chip from being destroyed by over-temperature failure." *See, e.g.*, MAX00035354; MAX00035370-375; MAX00035384; MAX00035401-407. |
| **Claim 14** | |
| A direct drive charge pump enabled stereo headphone system as recited in claim **12**, further comprising a shutdown control device coupled to said charge pump and said click/pop suppression device. | Each of the accused products includes shutdown control circuitry that is coupled to the charge pump. The shutdown control circuitry is enabled by providing a control signal at the terminal identified in the accused products' datasheets as "$\overline{SD}$." The shutdown control circuitry is coupled to the charge pump and to the click/pop suppression circuitry. The datasheets for the accused products note that "the de-pop circuitry and the thermal shutdown protection circuitry are integrated in the APA2056A, that reduces pops and clicks noises during power up and when using the shutdown modes and protects the chip from being destroyed by over-temperature failure." *See, e.g.*, MAX00035354; MAX00035370-375; MAX00035384; MAX00035401-407. |