| Maxim Product | Asserted Claims of the '327 Patent Incorporated or Reflected in the Product |
|---|---|
| MAX4409 | 1-14 |
| MAX4410 | 1-14 |
| MAX4411 | 1-14 |
| MAX4411B | 1-14 |
| MAX9702 | 1-3, 8-14 |
| MAX9702B | 1-3, 8-14 |
| MAX9720A | 1-14 |
| MAX9720B | 1-14 |
| MAX9721A | 1-14 |
| MAX9721B | 1-14 |
| MAX9721C | 1-14 |
| MAX9722A | 1-14 |
| MAX9722B | 1-14 |
| MAX9723A | 1-14 |
| MAX9723B | 1-14 |
| MAX9723C | 1-14 |
| MAX9723D | 1-14 |
| MAX9724A | 1-14 |
| MAX9724B | 1-14 |
| MAX9725A | 1-14 |
| MAX9725B | 1-14 |
| MAX9725C | 1-14 |
| MAX9725D | 1-14 |
| MAX9725E | 1-14 |
| MAX9726A | 1-14 |
| MAX9726B | 1-14 |
| MAX9728A | 1-14 |
| MAX9728Acsp | 1-14 |
| MAX9728B | 1-14 |
| MAX9728Bcsp | 1-14 |

| Maxim Product | Asserted Claims of the '327 Patent Incorporated or Reflected in the Product |
|---|---|
| MAX9729 | 1-14 |
| MAX9750A | 1-14 |
| MAX9750B | 1-14 |
| MAX9750C | 1-14 |
| MAX9751 | 1-14 |
| MAX9752A | 1-3, 8-14 |
| MAX9752B | 1-3, 8-14 |
| MAX9752C | 1-3, 8-14 |
| MAX9753 | 1-3, 8-14 |
| MAX9754 | 1-3, 8-14 |
| MAX9755 | 1-14 |
| MAX9756 | 1-3, 8-14 |
| MAX9757 | 1-3, 8-14 |
| MAX9758 | 1-3, 8-14 |
| MAX9770 | 1-3, 8-14 |
| MAX9772 | 1-3, 8-14 |
| MAX9775 | 1-3, 8-14 |
| MAX9776 | 1-3, 8-14 |
| MAX9779 | 1-3, 8-14 |
| MAX9789A | 1-3, 8-14 |
| MAX9789B | 1-3, 8-14 |
| MAX9790A | 1-3, 8-14 |
| MAX9790B | 1-3, 8-14 |
| MAX9796 | 1-3, 8-14 |
| MAX9850 | 1-14 |
| MAX9851 | 1-14 |
| MAX9852 | 1-14 |
| MAX9853 | 1-14 |
| MAX9856 | 1-14 |
| MAX9877 | 1-14 |