# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

BY ELECTRONIC FILING

June 5, 2008

The Hon. Phyllis J. Hamilton
United States District Courthouse
450 Golden Gate Avenue
Courtroom 3, 17th Floor
San Francisco, CA  94102

Re:   Maxim Integrated Products v. Anpec Electronics Corp.
      USDC-N.D. Cal - Case No. 07-CV-04424-PJH

Dear Judge Hamilton:

Pursuant to Your Honor's Order on May 15, 2008 at the Initial Case Management Conference directing the parties to meet and confer regarding the submission of this case to a Magistrate Judge, we hereby report that the parties have been unable to reach an agreement and therefore at this time decline to proceed before a Magistrate Judge.  The parties are open to revisiting this issue as the case proceeds.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ David M. Barkan | /s/ Ming-Tao Yang |
| David M. Barkan | Ming-Tao Yang |
| Counsel for Maxim Integrated Products, Inc. | Counsel for Anpec Electronics Corp. |

## DECLARATION

Pursuant to General Order 45, Section X.B., I hereby attest that concurrence in the filing of this document has been obtained from Ming-Tao Yang, counsel for Anpec Electronics Corp.

Dated:  June 5, 2008                                         By: /s/ David M. Barkan
                                                                     David M. Barkan

DZB/cdh

50490665.doc