1 | Yitai Hu (SBN 248085) (yhu@akingump.com)
2 | Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
  | AKIN GUMP STRAUSS HAUER & FELD LLP
3 | Two Palo Alto Square
  | 3000 El Camino Real, Suite 400
4 | Palo Alto, CA 94306
  | Telephone: (650) 838-2000
5 | Facsimile: (650) 838-2001

6 | Attorneys for Defendant
7 | ANPEC ELECTRONICS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MAXIM INTEGRATED PRODUCTS, INC., | ) Case No. 07-CV-04424-PJH |
|---|---|
| Plaintiff, | ) **NOTICE OF CHANGE IN COUNSEL** |
| v. | ) |
| ANPEC ELECTRONICS CORP., | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ming-Tao Yang, formerly of Akin Gump Strauss Hauer & Feld LLP, is no longer counsel of record for Defendant Anpec Electronics Corp. in this matter. Ming-Tao Yang should be removed from any service lists. Akin Gump Strauss Hauer & Feld LLP remains as counsel of record for Defendant Anpec Electronics Corp. All notices, pleadings, and papers in this matter should be served on Sean P. DeBruine in the Palo Alto office of Akin Gump Strauss Hauer & Feld LLP at the address specified above.

| | |
|---|---|
| 1 | |
| 2 | DATED: June 9, 2008 |
| 3 | |

DATED: June 9, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/_____
       Sean P. DeBruine

Attorneys for Defendant
ANPEC ELECTRONICS CORPORATION