1  Ming-Tao Yang (SBN: 221295)
   ming.yang@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone: 650.849.6600
   Facsimile: 650.849.6666
5
   E. Robert Yoches *(Pro Hac Vice* pending)
6  bob.yoches@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
7    GARRETT & DUNNER, L.L.P.
   900 New York Avenue NW
8  Washington, D.C. 20001-4413
   Telephone: 202.408.4000
9  Facsimile: 202.408.4400

10 Attorneys for Defendant
   ANPEC ELECTRONICS CORP.
11

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16
   MAXIM INTEGRATED PRODUCTS, INC.,         CASE NO. 07-CV-04424-PJH
17
                  Plaintiff,                **NOTICE OF APPEARANCE OF
18                                          COUNSEL FOR DEFENDANT ANPEC
         v.                                 ELECTRONICS CORP.**
19
   ANPEC ELECTRONICS CORP.,
20
                  Defendants.
21

22

23

24

25

26

27

28

1     Please take notice that the following counsel hereby enter an appearance on behalf of
2 Defendant Anpec Electronics Corp.

3     Ming-Tao Yang (SBN: 221295)
    ming.yang@finnegan.com
4     FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
5     3300 Hillview Avenue
    Palo Alto, California 94304
6     Telephone: 650.849.6600
    Facsimile: 650.849.6666
7

8     E. Robert Yoches *(Pro Hac Vice* pending)
    bob.yoches@finnegan.com
    FINNEGAN, HENDERSON, FARABOW,
9       GARRETT & DUNNER, L.L.P.
    900 New York Avenue NW
10     Washington, D.C. 2001-4413
    Telephone: 202.408.4000
11     Facsimile: 202.408.4400

12

13     Newly appearing counsel request that they be added to the relevant service lists and receive,
14 along with existing counsel of record, all other pertinent information.

15

16 Dated: June 19, 2008         FINNEGAN, HENDERSON, FARABOW,
                                  GARRETT & DUNNER, L.L.P.
17

18

19                               By: _____
20                                 Ming-Tao Yang
                                Attorneys for Defendant
21                                 ANPEC ELECTRONICS CORP.

22

23

24

25

26

27

28