FILED
08 JUN 20 PM 3:06

1  Ming-Tao Yang (SBN: 221295)
   ming.yang@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone: 650.849.6600
   Facsimile: 650.849.6666

5

6  E. Robert Yoches *(Pro Hac Vice* pending)
   bob.yoches@finnegan.com
7  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
8  900 New York Avenue NW
   Washington, D.C. 20001-4413
9  Telephone: 202.408.4000
   Facsimile: 202.408.4400

10 Attorneys for Defendant
   ANPEC ELECTRONICS CORP.
11

12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                    SAN FRANCISCO DIVISION
15

16 | MAXIM INTEGRATED PRODUCTS, INC., | CASE NO. 07-CV-04424-PJH
17 |           Plaintiff,             | **APPLICATION OF E. ROBERT YOCHES TO APPEAR AS COUNSEL *PRO HAC VICE***
18 |           v.                     |
19 | ANPEC ELECTRONICS CORP.,         |
20 |           Defendants.            |

1  Pursuant to Civil L.R. 11-3, E. Robert Yoches, an active member in good standing of the bars of the District of Columbia, U.S. Court of Appeals for the Federal Circuit, U.S. Supreme Court; and registered to practice before the United States Patent and Trademark Office, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Anpec Electronics Corp.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Ming-Tao Yang
> FINNEGAN, HENDERSON, FARABOW,
>   GARRETT & DUNNER, L.L.P.
> 3300 Hillview Avenue
> Palo Alto, CA 94304
> Tel: (650) 849-6600
> Fax: (650) 849-6666

I declare under penalty of perjury that the foregoing in true and correct.

Dated: June 19, 2008

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: _____
E. Robert Yoches
Attorney for Defendant
ANPEC ELECTRONICS CORP.