Ming-Tao Yang (SBN: 221295)
ming.yang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: 650.849.6600
Facsimile: 650.849.6666

E. Robert Yoches *(Pro Hac Vice* pending)
bob.yoches@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
900 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: 202.408.4000
Facsimile: 202.408.4400

Attorneys for Defendant
ANPEC ELECTRONICS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANPEC ELECTRONICS CORP.,<br><br>Defendants. | CASE NO. 07-CV-04424-PJH<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF E. ROBERT YOCHES TO APPEAR AS COUNSEL** *PRO HAC VICE* |

1  E. ROBERT YOCHES, an active member in good standing of the bars of the District of
2  Columbia, U.S. Court of Appeals for the Federal Circuit, U.S. Supreme Court; and registered to
3  practice before the United States Patent and Trademark Office, whose business and telephone
4  number is:

5  E. Robert Yoches *(Pro Hac Vice* pending)
   bob.yoches@finnegan.com
6  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
7  900 New York Avenue NW
   Washington, D.C. 2001-4413
8  Telephone: 202.408.4000
   Facsimile: 202.408.4400
9

10 having applied in the above-entitled action for admission to practice in the Northern District of
11 California on a *pro hac vice* basis, representing Defendant Anpec Electronics Corp.
12  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
13 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
14 *vice*. Service of papers upon and communication with co-counsel designated in the application will
15 constitute notice to the party. All future filings in this action are subject to the requirements
16 contained in General Order No. 45, *Electronic Case Filing*.

17
18 Dated: _____          _____
19                                         Phyllis J. Hamilton
                                           United States District Judge
20

**CERTIFICATE OF SERVICE**

I am more than eighteen years old and not a party to this action. My place of employment and business address is 3300 Hillview Avenue, Palo Alto, California 94304.

On June 20, 2008, I served the following by the indicated means to the persons at the addresses listed:

APPLICATION OF E. ROBERT YOCHES TO APPEAR AS COUNSEL *PRO HAC VICE*; [PROPOSED] ORDER GRANTING APPLICATION OF E. ROBERT YOCHES TO APPEAR AS COUNSEL *PRO HAC VICE*

| David M. Barkan<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: 650.839.5070<br>Facsimile: 650.839.5071<br>Email: barkan@fr.com | ☐ Via Email<br>☒ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

Attorneys for Maxim Integrated Products, Inc.

| Sean DeBruine<br>Akin Gump Strauss Hauer & Feld LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: 650.838.2000<br>Facsimile: 650.838.2001<br>Email: sdebruine@akingump.com | ☐ Via Email<br>☒ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

Attorneys for Anpec Electronics Corp.

I am readily familiar with my firm's practice for collection and processing correspondence for mailing with the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing at our business offices on June 20, 2008, following ordinary business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this court at whose

1  direction the service was made; and that this declaration was executed on June 20, 2008, at Palo
2  Alto, California.

*[signature]*

Nancy O'Shea, CCLS
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666