1  Ming-Tao Yang (SBN: 221295)
   ming.yang@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone: 650.849.6600
   Facsimile: 650.849.6666
5
   E. Robert Yoches *(Pro Hac Vice* pending)
6  bob.yoches@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
7   GARRETT & DUNNER, L.L.P.
   900 New York Avenue NW
8  Washington, D.C. 20001-4413
   Telephone: 202.408.4000
9  Facsimile: 202.408.4400

10 Attorneys for Defendant
   ANPEC ELECTRONICS CORP.
11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                    SAN FRANCISCO DIVISION
15

16
   MAXIM INTEGRATED PRODUCTS, INC.,        CASE NO. 07-CV-04424-PJH
17
              Plaintiff,                    [~~PROPOSED~~] ORDER GRANTING
18                                          APPLICATION OF E. ROBERT
        v.                                  YOCHES TO APPEAR AS COUNSEL
19                                          *PRO HAC VICE*
   ANPEC ELECTRONICS CORP.,
20
              Defendants.
21

E. ROBERT YOCHES, an active member in good standing of the bars of the District of Columbia, U.S. Court of Appeals for the Federal Circuit, U.S. Supreme Court; and registered to practice before the United States Patent and Trademark Office, whose business and telephone number is:

E. Robert Yoches *(Pro Hac Vice* pending)
bob.yoches@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
900 New York Avenue NW
Washington, D.C. 2001-4413
Telephone: 202.408.4000
Facsimile: 202.408.4400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Anpec Electronics Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/24/08



Phyllis J. Hamilton
United States District Judge

## CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is 3300 Hillview Avenue, Palo Alto, California 94304.

On June 20, 2008, I served the following by the indicated means to the persons at the addresses listed:

APPLICATION OF E. ROBERT YOCHES TO APPEAR AS COUNSEL *PRO HAC VICE*; [PROPOSED] ORDER GRANTING APPLICATION OF E. ROBERT YOCHES TO APPEAR AS COUNSEL *PRO HAC VICE*

| David M. Barkan<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: 650.839.5070<br>Facsimile: 650.839.5071<br>Email: barkan@fr.com | ☐ Via Email<br>☒ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
|---|---|

Attorneys for Maxim Integrated Products, Inc.

| Sean DeBruine<br>Akin Gump Strauss Hauer & Feld LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: 650.838.2000<br>Facsimile: 650.838.2001<br>Email: sdebruine@akingump.com | ☐ Via Email<br>☒ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
|---|---|

Attorneys for Anpec Electronics Corp.

I am readily familiar with my firm's practice for collection and processing correspondence for mailing with the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing at our business offices on June 20, 2008, following ordinary business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this court at whose

1  direction the service was made; and that this declaration was executed on June 20, 2008, at Palo
2  Alto, California.

*[signature]*

Nancy O'Shea, CCLS
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666