1  David M. Barkan (CA Bar No. 160825)
   barkan@fr.com
2  Fish & Richardson P.C.
   500 Arguello Street
3  Redwood City, CA 94063
   Telephone:    650.839.5070
4  Facsimile:    650.839.5071

5  Attorneys for Plaintiff
   MAXIM INTEGRATED PRODUCTS, INC.
6
   Ming-Tao Yang (CA Bar No. 221295)
7  ming.yang@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
8    GARRETT & DUNNER, L.L.P.
   3300 Hillview Avenue
9  Palo Alto, California  94304
   Telephone:    650.849.6600
10 Facsimile:    650.849.6666

11 E. Robert Yoches (*Pro Hac Vice*)
   bob.yoches@finnegan.com
12 FINNEGAN HENDERSON FARABOW,
     GARRETT & DUNNER L.L.P.
13 900 New York Avenue NW
   Washington, DC 20001-4413
14 Telephone:    202.408.4000
   Facsimile:    202.408.4400
15
   Attorneys for Defendant
16 ANPEC ELECTRONICS CORP.

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

20

21 MAXIM INTEGRATED PRODUCTS, INC.,          CASE NO. 07-CV-04424-PJH

22              Plaintiff,                   JOINT STIPULATION AND
                                             [PROPOSED] ORDER TO STAY
23              v.

24 ANPEC ELECTRONICS CORP.,

25              Defendant.

26

27

28

1  Plaintiff Maxim Integrated Products, Inc. and Defendant Anpec Electronics Corp., jointly request that the Court stay this case for 60 days.  The parties have reached an agreement in principle to settle this matter and have executed a memorandum of understanding.  The parties are now diligently working toward reducing the memorandum of understanding to a formal settlement agreement.  The requested stay will allow the parties to complete and execute the settlement agreement without further litigation expense to the parties or burden on the Court.  A proposed order accompanies this stipulation.

Respectfully submitted,

Dated:  August 15, 2008                                     Dated:  August 15, 2008

FISH & RICHARDSON P.C.                            FINNEGAN, HENDERSON, FARABOW,
                                                                             GARRETT & DUNNER, L.L.P.


By: /s/ David M. Barkan                                    By: /s/ Ming-Tao Yang
      David M. Barkan                                              Ming-Tao Yang
      Attorneys for Plaintiff                                       Attorneys for Defendant


### DECLARATION

Pursuant to General Order No. 45, Section X(b) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan.

Dated:  August 15, 2008

                                                                             FINNEGAN, HENDERSON, FARABOW,
                                                                                GARRETT & DUNNER, L.L.P.


                                                                             By: /s/ Ming-Tao Yang
                                                                                   Ming-Tao Yang
                                                                                   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANPEC ELECTRONICS CORP.,<br><br>    Defendant. | CASE NO. 07-CV-04424-PJH<br><br>[PROPOSED] ORDER TO STAY |

Pursuant to the parties' joint stipulation dated August 15, 2008, IT IS ORDERED that this case be stayed for 60 days from the date of this Order.

IT IS SO ORDERED.

Dated: _____

                                        Phyllis J. Hamilton
                                        United States District Court Judge