1  Yitai Hu (SBN 248085) (yitai.hu@alston.com)
   Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
2  ALSTON+BIRD LLP
   3000 El Camino Real, Suite 400
3  Palo Alto, California 94306
   Telephone:    650-838-2000
4  Facsimile:    650-838-2001

5  Attorneys for Defendant
   ANPEC ELECTRONICS CORP.

6

                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                        SAN FRANCISCO DIVISION
9

10 | MAXIM INTEGRATED PRODUCTS,      ) Case No. 07-CV-04424-PJH
11 | INC.,                           )
   |          Plaintiffs,            )
12 |                                 )
   |     vs.                         ) **NOTICE OF WITHDRAWAL OF COUNSEL**
13 |                                 )
   | ANPEC ELECTRONICS CORP.,        )
14 |                                 )
   |          Defendant.             )
15 |                                 )
   |                                 )
16 |_____)

17

18

19

20

21

22

23

24

25

26

27

28

1 | TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2 | RECORD:
3 |     PLEASE TAKE NOTICE that Yitai Hu and Sean DeBruine, formerly of Akin Gump
4 | Strauss Hauer & Feld LLP, hereby withdraw as counsel of record for Defendant Anpec
5 | Electronics Corp. ("Anpec") in this matter and request to be removed from the Court's electronic
6 | mail notification list. Anpec consents to this withdrawal and will continue to be represented in
7 | this matter. Anpec is currently represented by E. Robert Yoches and Ming-Tao Yang of
8 | Finnegan, Henderson, Farabow, Garrett and Dunner LLP. *See* Dkt. No. 66.
9 |     Please update your records accordingly.

Respectfully submitted,

10 | Dated: August 19, 2008

ALSTON+BIRD LLP

By: _____/s/_____
Sean P. DeBruine

Attorneys for Defendant
Anpec Electronics Corporation