1  David M. Barkan (CA Bar No. 160825)
   barkan@fr.com
2  Fish & Richardson P.C.
   500 Arguello Street
3  Redwood City, CA 94063
   Telephone:   650.839.5070
4  Facsimile:   650.839.5071

5  Attorneys for Plaintiff
   MAXIM INTEGRATED PRODUCTS, INC.
6
   Ming-Tao Yang (CA Bar No. 221295)
7  ming.yang@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
8    GARRETT & DUNNER, L.L.P.
   3300 Hillview Avenue
9  Palo Alto, California 94304
   Telephone:   650.849.6600
10 Facsimile:   650.849.6666

11 E. Robert Yoches (*Pro Hac Vice*)
   bob.yoches@finnegan.com
12 FINNEGAN HENDERSON FARABOW,
     GARRETT & DUNNER L.L.P.
13 900 New York Avenue NW
   Washington, DC 20001-4413
14 Telephone:   202.408.4000
   Facsimile:   202.408.4400
15
   Attorneys for Defendant
16 ANPEC ELECTRONICS CORP.

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20

| 21 | MAXIM INTEGRATED PRODUCTS, INC., | CASE NO. 07-CV-04424-PJH |
|---|---|---|
| 22 | Plaintiff, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO STAY |
| 23 | v. | |
| 24 | ANPEC ELECTRONICS CORP., | |
| 25 | Defendant. | |

26

27

28

Plaintiff Maxim Integrated Products, Inc. and Defendant Anpec Electronics Corp., jointly request that the Court stay this case for another 30 days. The parties previously requested on August 15, 2008, and the Court granted on August 18, 2008, a 60-day stay based on the parties' agreement in principle to settle this matter. The parties have executed a confidential agreement to settle this matter and anticipate filing a stipulated dismissal of this action within 30 days upon satisfaction of certain obligations required under the agreement. The requested stay will allow the parties to complete the remaining process of the parties' settlement without further burden on the Court or litigation expense to the parties. A proposed order accompanies this stipulation.

Respectfully submitted,

Dated: October 20, 2008

FISH & RICHARDSON P.C.

By: /s/ David M. Barkan
    David M. Barkan
    Attorneys for Plaintiff

Dated: October 20, 2008

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.

By: /s/ Ming-Tao Yang
    Ming-Tao Yang
    Attorneys for Defendant

## DECLARATION

Pursuant to General Order No. 45, Section X(b) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan.

Dated: October 20, 2008

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.

By: /s/ Ming-Tao Yang
    Ming-Tao Yang
    Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., | CASE NO. 07-CV-04424-PJH |
| Plaintiff, | [~~PROPOSED~~] ORDER TO STAY |
| v. | |
| ANPEC ELECTRONICS CORP., | |
| Defendant. | |

Pursuant to the parties' joint stipulation dated October 20, 2008, IT IS ORDERED that this case be stayed for 30 days from the date of this Order.

IT IS SO ORDERED.

Dated: 10/22/08

IT IS SO ORDERED

Judge Phyllis J. Hamilton