1  David M. Barkan (CA Bar No. 160825/barkan@fr.com)
   Rajesh Bagga (CA Bar No. 248837/bagga@fr.com)
2  Fish & Richardson P.C.
   500 Arguello Street
3  Redwood City, CA 94063
   Telephone: 650-839-5070
4  Facsimile:  650-839-5071

5  Joseph V. Colaianni, Jr. (Admitted *pro hac vice*/colaianni@fr.com)
   Fish & Richardson P.C.
6  1425 K Street NW, Suite 1100
   Washington, D.C.  20005
7  Telephone: (202) 783-5070
   Facsimile: (202) 783-2331
8
   Attorneys for Plaintiff
9  MAXIM INTEGRATED PRODUCTS, INC.

10 Ming-Tao Yang (CA Bar No. 221295/ming.yang@finnegan.com)
   FINNEGAN, HENDERSON, FARABOW, GARRET & DUNNER, LLP
11 3300 Hillview Drive
   Palo Alto, CA 94304
12 Telephone:  (650) 849-6600
   Facsimile:  (650) 849-6666
13
   E. Robert Yoches (Admitted *pro hac vice*/ bob.yoches@finnegan.com)
14 FINNEGAN, HENDERSON, FARABOW, GARRET & DUNNER, LLP
   900 New York Avenue N.W.
15 Washington, DC 20001-4412
   Telephone:  (202) 408-4000
16 Facsimile:  (202) 408-4400

17 Attorneys for Defendant
   ANPEC ELECTRONICS CORP.

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                        SAN FRANCISCO DIVISION

21

| 22 | MAXIM INTEGRATED PRODUCTS, INC. | Case No. 07-CV-04424-PJH |
|---|---|---|
| 23 | Plaintiff, | **STIPULATION AND [P~~ROPOSED~~]** |
| 24 | v. | **ORDER RE DISMISSAL OF CASE WITH PREJUDICE** |
| 25 | ANPEC ELECTRONICS CORP. | |
| 26 | Defendant. | |

27

28
                                      1
                     STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CASE
                                                                WITH PREJUDICE
                                                        Case No. 07-CV-04424-PJH

Pursuant to the parties' confidential settlement agreement executed on October 9, 2008, Plaintiff Maxim Integrated Products, Inc., and Defendant Anpec Electronics Corp., by and through their undersigned counsel of record, hereby stipulate and move for an order dismissing the above-captioned case, including all claims and counterclaims, with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii). The parties further stipulate that each party shall be responsible for its own costs and attorneys fees related to this action.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan, counsel for Plaintiff.

Dated: October 28, 2008

FISH & RICHARDSON P.C.

By:   /s/ David M. Barkan
      David M. Barkan

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

Dated: October 28, 2008

FINNEGAN, HENDERSON, FARABOW, GARRET & DUNNER, LLP

By:   /s/ Ming-Tao Yang
      Ming-Tao Yang

Attorneys for Defendant
ANPEC ELECTRONICS CORP.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that all claims and counterclaims in this case are dismissed with prejudice.

Dated:   October 30   , 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CASE WITH PREJUDICE
Case No. 07-CV-04424-PJH